Fill in this information to identify the case:

Debtor name: **Infrastructure Solution Services, Inc.**

United States Bankruptcy Court for the: **MIDDLE DISTRICT OF PENNSYLVANIA**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| I.U.O.E. Benefit Funds<br>P.O. Box 1477<br>Fort Washington, PA 19034 | | | | | | $172,811.70 |
| Midlantic Machiner<br>2240 Bethlehem Pike<br>Philadelphia, PA 19178 | | | | | | $16,068.29 |
| I.U.O.E. Local 542<br>P.O. Box 1477<br>Fort Washington, PA 19034 | | | | | | $8,515.00 |
| Laborers District Council Benefit Fund<br>525 Fellowship Road, Suite 300<br>Mount Laurel, NJ 08054-3415 | | | | | | $5,598.00 |
| Continental Concrete Products<br>1 South Grosstown Road<br>Pottstown, PA 19464 | | | | | | $2,233.42 |
| Int'l Union of Oper Engineers<br>P.O. Box 1477<br>Fort Washington, PA 19034 | | | | | | $1,851.11 |
| H/H Industry Advancement Fund<br>P.O. Box 1477<br>Fort Washington, PA 19034 | | | | | | $848.48 |

| Debtor | Infrastructure Solution Services, Inc. | | | Case number *(if known)* | | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **AMS Waste Disposal**<br>804 Roberts Avenue<br>Drexel Hill, PA 19026 | | | | | | $675.00 |
| **Williams Scotsman**<br>P.O. Box 91975<br>Chicago, IL 60693 | | | | | | $490.56 |
| **Pennsylvania Welding Supply**<br>242 E Hunting Park Avenue<br>Philadelphia, PA 19124 | | | | | | $454.41 |
| **CE Payroll**<br>7601 Cheviot Road<br>Cincinnati, OH 45247 | | | | | | $444.00 |
| **Associated Benefit Planners**<br>215 West Church Road<br>Suite 200<br>King of Prussia, PA 19406 | | | | | | $350.00 |
| **Corporate Filings, LLC**<br>30 N Gould Street #7001<br>Sheridan, WY 82801 | | | | | | $49.00 |