## Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11    12/17

| | | | |
|---|---|---|---|
| Month: | JUN 2020 | Date report filed: | 07/22/2020 MM / DD / YYYY |
| Line of business: | CONSTRUCTION SVCS | NAISC code: | 238290 |

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: INFRASTRUCTURE SOLUTION SVCS

Original signature of responsible party: *Richard Zanol*

Printed name of responsible party: RICHARD ZANOL, CONTROLLER

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.**

| | | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.**

| | | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  INFRASTRUCTURE SOLUTION SERVICES INC    Case number 1:19-BK-03915-HWV

| | Yes | No |
|---|---|---|
| 17. Have you paid any bills you owed before you filed bankruptcy? | ☑ | ☐ |
| 18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? | ☑ | ☐ |

## 2. Summary of Cash Activity for All Accounts

**19. Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$ 537.87

**20. Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.    $ 95,900.00

**21. Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.    − $ 84,922.35

**22. Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

+ $ 10,997.65

**23. Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

= $ 11,515.52

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

**24. Total payables**    $ 41,148.60

(*Exhibit E*)

Case 1:19-bk-03915-HWV    Doc 129    Filed 07/24/20    Entered 07/24/20 18:11:10    Desc
Main Document    Page 2 of 16

### 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                                             $ _____0.00_____

    *(Exhibit F)*

### 5. Employees

26. What was the number of employees when the case was filed?                                        _____11_____
27. What is the number of employees as of the date of this monthly report?                      _____3_____

### 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?              $ _____0.00_____
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ ____650.00____
30. How much have you paid this month in other professional fees?                                          $ _____0.00_____
31. How much have you paid in total other professional fees since filing the case?                         $ _____0.00_____

### 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|   | Column A<br>Projected<br>Copy lines 35-37 from the previous month's report. | | Column B<br>Actual<br>Copy lines 20-22 of this report. | | Column C<br>Difference<br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. Cash receipts | $ 75,000.00 | − | $ 95,900.00 | = | $ -20,900.00 |
| 33. Cash disbursements | $ 75,000.00 | − | $ 84,922.35 | = | $ -9,922.35 |
| 34. Net cash flow | $ 0.00 | − | $ 10,977.65 | = | $ -10,977.65 |

35. Total projected cash receipts for the next month:                                                      $ 75,000.00
36. Total projected cash disbursements for the next month:                                              − $ 75,000.00
37. Total projected net cash flow for the next month:                                                      = $ 0.00

Debtor Name INFRASTRUCTURE SOLUTION SERVICES INC   Case number 1:19-BK-03915-HWV

### 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- [x] 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- [ ] 39. Bank reconciliation reports for each account.
- [ ] 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- [ ] 41. Budget, projection, or forecast reports.
- [ ] 42. Project, job costing, or work-in-progress reports.

In re Infrastructure Solution Services Inc
Debtor

Case No. 1:19-BK-03915-HWV
Reporting Period: Jun 01 - 30, 2020

## SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID

This schedule is to include all retained professional payments from case inception to current month.

| Payee | Period Covered | Amount Approved | Payor | Check Number | Check Date | Amount Paid Fees | Amount Paid Expenses | Year-to-Date Fees | Year-to-Date Expenses |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |

## Exhibit A

Explanations for "No" answers to Page 1 questions 1 thru 9:

Not applicable

Explanations for "Yes" answers to Page 1 questions 10 thru 18:

Not applicable

## Exhibit B

## Exhibit C - Cash Receipts

| Source | Ref | Purpose | Date | Amount | ISS Bank account |
|---|---|---|---|---|---|
| ISS Management LLC (affiliated co) | Transfer | Interco loan | 6/1/2020 | 25,000.00 | S&T 3003731175 |
| S&T Bank | Credit | Adj for prior duplicate check | 6/3/2020 | 72.00 | S&T 3003731175 |
| ISS Management LLC (affiliated co) | Transfer | Interco loan | 6/4/2020 | 9,200.00 | S&T 3003731175 |
| ISS Management LLC (affiliated co) | Transfer | Interco loan | 6/12/2020 | 22,000.00 | S&T 3003731175 |
| H2O Infrastructure LLC (affiliated co) | Transfer | Interco loan | 6/15/2020 | 3,900.00 | S&T 3003731175 |
| H2O Infrastructure LLC (affiliated co) | Transfer | Interco loan | 6/15/2020 | 200.00 | S&T 3003731175 |
| ISS Management LLC (affiliated co) | Transfer | Interco loan | 6/24/2020 | 15,000.00 | S&T 3003731175 |
| ISS Management LLC (affiliated co) | Transfer | Interco loan | 6/25/2020 | 5,000.00 | S&T 3003731175 |
| ISS Management LLC (affiliated co) | Transfer | Interco loan | 6/29/2020 | 9,000.00 | S&T 3003731175 |
| ISS Management LLC (affiliated co) | Transfer | Interco loan | 6/30/2020 | 6,600.00 | S&T 3003731175 |
| | | | | 95,972.00 | |

In re Infrastructure Solution Services Inc
Debtor

Case No. 1:19-BK-03915-HWV
Reporting Period: Jun 01 - 30, 2020

## Exhibit D - Cash Disbursements

| Payee | Ref | Purpose | Date paid | Amount | ISS Bank account |
|---|---|---|---|---|---|
| ISS Management LLC | Debit | Interco loan | 6/1/2020 | 500.00 | S&T 3003731175 |
| Kotapay | Wire | Net payroll checks | 6/3/2020 | 3,740.84 | S&T 3003731175 |
| Kotapay FBO Deltek | Wire | Payroll impounds | 6/3/2020 | 2,032.14 | S&T 3003731175 |
| S&T Bank | Debit | Accounts Payable pmt | 6/4/2020 | 3,592.24 | S&T 3003731175 |
| H/H Industry Advancement | Check | Accounts Payable pmt | 6/10/2020 | 105.00 | S&T 3003731175 |
| IUOE Local 542 | Check | Accounts Payable pmt | 6/10/2020 | 1,342.34 | S&T 3003731175 |
| Costa's Auto Body | Check | Accounts Payable pmt | 6/10/2020 | 1,200.00 | S&T 3003731175 |
| Kotapay | Wire | Net payroll checks | 6/10/2020 | 4,722.97 | S&T 3003731175 |
| Kotapay FBO Deltek | Wire | Payroll impounds | 6/10/2020 | 2,314.89 | S&T 3003731175 |
| Deltek Computer | Debit | Payroll service fee | 6/10/2020 | 640.00 | S&T 3003731175 |
| H2O Infrastructure LLC | Debit | Interco loan | 6/11/2020 | 13,000.00 | S&T 3003731175 |
| IUOE Benefit Funds | Check | Accounts Payable pmt | 6/12/2020 | 21,990.61 | S&T 3003731175 |
| Santiago, Carlos | Wire | Payroll | 6/15/2020 | 1,508.93 | S&T 3003731175 |
| Gutierrez, Jose | Wire | Payroll | 6/15/2020 | 1,275.29 | S&T 3003731175 |
| Mollina, Elvin | Wire | Payroll | 6/15/2020 | 1,403.75 | S&T 3003731175 |
| ISS Management LLC | Debit | Interco loan | 6/15/2020 | 1,000.00 | S&T 3003731175 |
| ISS Management LLC | Debit | Interco loan | 6/17/2020 | 150.00 | S&T 3003731175 |
| Kotapay | Wire | Net payroll checks | 6/25/2020 | 4,142.96 | S&T 3003731175 |
| Kotapay FBO Deltek | Wire | Payroll impounds | 6/25/2020 | 2,314.91 | S&T 3003731175 |
| Kotapay FBO Deltek | Wire | Payroll impounds | 6/25/2020 | 2,314.89 | S&T 3003731175 |
| S&T Bank | Debit | Accounts Payable pmt | 6/25/2020 | 7,184.48 | S&T 3003731175 |
| U.S. Trustee | Debit | Accounts Payable pmt | 6/26/2020 | 1,628.26 | S&T 3003731175 |
| Kotapay | Wire | Net payroll checks | 6/30/2020 | 4,142.98 | S&T 3003731175 |
| Kotapay FBO Deltek | Wire | Payroll impounds | 6/30/2020 | 2,314.87 | S&T 3003731175 |
| S&T Bank | Debit | Bank fees | Various | 360.00 | S&T 3003731175 |
| | | | | 84,922.35 | |

## Exhibit E - Accounts Payable

| Creditor | Date Incurred | Purpose | Ref | Due Date | Amount |
|---|---|---|---|---|---|
| Ally Bank | | Monthly vehicle loan pmt | | | 3,759.70 |
| Deltek Payroll Service | | Payroll service fee | | | 332.00 |

**In re Infrastructure Solution Services Inc**
**Debtor**

Case No. 1:19-BK-03915-HWV
Reporting Period: Jun 01 - 30, 2020

| | | |
|---|---|---:|
| H/H Industry Advancement Fund | Union benefits | 90.00 |
| I.U.O.E. Local 542 | Union dues | 1,150.59 |
| I.U.O.E. Benefit Funds | Union benefits | 18,849.09 |
| Laborers District Council | Labor union benefits | 9,381.95 |
| Pennsylvania Welding Supply | Acetylene tank rentals | 145.99 |
| S&T Bank | GU713 Mack loan payment | 3,592.24 |
| United States Treasury | Interest on HHV Tax return | 26.25 |
| Williams Scotsman | Storage container rental | 3,820.79 |
| | | 41,148.60 |

For "Date Incurred", "Ref" (invoice #) and "Due Date" columns, see attached internal accounting report titled "A/P Open Invoice Report"

FORM MOR-1b
(04/07)

Invoice Dates: 9/13/2019  As of: 6/30/2020  Sort by: Voucher Number  Show notes: No
To:  Status: All  Detail, Summary or Totals: Detail

A/P Open Invoice Report
Infrastructure Solution Services Inc.
7/21/2020

**Vendor: ALLY   Ally Bank**

| Voucher Number | Invoice Date | Date Due | Invoice Number | P.O. Number | Invoice Amount | Prior Balance | Reten. | Payable | Disc. | Valid Thru | Status | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5812 | 9/15/19 * | 10/2/19 | Sep 2019 | | 375.97 | 375.97 | 0.00 | 375.97 | 0.00 | | Pay | |
| 5819 | 10/3/19 * | 11/2/19 | Oct 2019 | | 375.97 | 375.97 | 0.00 | 375.97 | 0.00 | | Pay | |
| 5839 | 11/15/19 * | 12/2/19 | Nov 2019 | | 375.97 | 375.97 | 0.00 | 375.97 | 0.00 | | Pay | |
| 5840 | 12/15/19 * | 1/2/20 | Dec 2019 | | 375.97 | 375.97 | 0.00 | 375.97 | 0.00 | | Pay | |
| 5841 | 1/15/20 * | 2/2/20 | Jan 2020 | | 375.97 | 375.97 | 0.00 | 375.97 | 0.00 | | Pay | |
| 5910 | 2/15/20 * | 3/2/20 | Feb 2020 | | 375.97 | 375.97 | 0.00 | 375.97 | 0.00 | | Pay | |
| 5911 | 3/15/20 * | 4/2/20 | Mar 2020 | | 375.97 | 375.97 | 0.00 | 375.97 | 0.00 | | Pay | |
| 5912 | 4/15/20 * | 5/2/20 | Apr 2020 | | 375.97 | 375.97 | 0.00 | 375.97 | 0.00 | | Pay | |
| 5981 | 5/15/20 * | 6/2/20 | May 2020 | | 375.97 | 375.97 | 0.00 | 375.97 | 0.00 | | Pay | |
| 5982 | 6/15/20 * | 7/2/20 | Jun 2020 | | 375.97 | 375.97 | 0.00 | 375.97 | 0.00 | | Pay | |
| | | | | | 3,759.70 | 3,759.70 | 0.00 | 3,759.70 | 0.00 | | | |

| Current | 1 - 30 | 31 - 60 | 61 - 90 | 91 - 120 | Over 120 |
|---|---|---|---|---|---|
| 375.97 | 375.97 | 375.97 | 375.97 | 375.97 | 1,879.85 |

**Vendor: CEP100   Deltek Payroll Services**

| Voucher Number | Invoice Date | Date Due | Invoice Number | P.O. Number | Invoice Amount | Prior Balance | Reten. | Payable | Disc. | Valid Thru | Status | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5978 | 6/30/20 | 7/30/20 | 11519 | | 332.00 | 332.00 | 0.00 | 332.00 | 0.00 | | Pay | Jun 2020 |
| | | | | | 332.00 | 332.00 | 0.00 | 332.00 | 0.00 | | | |

| Current | 1 - 30 | 31 - 60 | 61 - 90 | 91 - 120 | Over 120 |
|---|---|---|---|---|---|
| 332.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

**Vendor: HH_IND   H/H Industry Advancement Fund**

| Voucher Number | Invoice Date | Date Due | Invoice Number | P.O. Number | Invoice Amount | Prior Balance | Reten. | Payable | Disc. | Valid Thru | Status | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5899 | 2/29/20 * | 4/14/20 | Feb 2020 | | 46.50 | 46.50 | 0.00 | 46.50 | 0.00 | | Pay | Feb 2020 Industry advancement |
| 5904 | 3/22/20 * | 5/6/20 | Mar 2020 | | 13.50 | 13.50 | 0.00 | 13.50 | 0.00 | | Pay | Mar 2020 Industry advancement |
| 5954 | 4/30/20 * | 6/14/20 | Apr 2020 | | 6.00 | 6.00 | 0.00 | 6.00 | 0.00 | | Pay | Apr 2020 Industry advancement |
| 5971 | 5/31/20 | 7/15/20 | May 2020 | | 24.00 | 24.00 | 0.00 | 24.00 | 0.00 | | Pay | May 2020 Industry advancement |
| | | | | | 90.00 | 90.00 | 0.00 | 90.00 | 0.00 | | | |

| Current | 1 - 30 | 31 - 60 | 61 - 90 | 91 - 120 | Over 120 |
|---|---|---|---|---|---|
| 24.00 | 6.00 | 13.50 | 46.50 | 0.00 | 0.00 |

**Vendor: IUOE542B   I.U.O.E. Local 542**

| Voucher Number | Invoice Date | Date Due | Invoice Number | P.O. Number | Invoice Amount | Prior Balance | Reten. | Payable | Disc. | Valid Thru | Status | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5897 | 2/29/20 * | 4/14/20 | Feb 2020 | | 594.47 | 594.47 | 0.00 | 594.47 | 0.00 | | Pay | Feb 2020 Union check off dues |
| 5902 | 3/22/20 * | 5/6/20 | Mar 2020 | | 172.59 | 172.59 | 0.00 | 172.59 | 0.00 | | Pay | Mar 2020 Union checkoff dues |
| 5955 | 4/30/20 * | 6/14/20 | Apr 2020 | | 76.71 | 76.71 | 0.00 | 76.71 | 0.00 | | Pay | Apr 2020 Union checkoff dues |

A/P Open Invoice Report
Infrastructure Solution Services Inc.
7/21/2020

**Vendor: IUOE542B I.U.O.E. Local 542**

| Voucher Number | Invoice Date | Date Due | Invoice Number | P.O. Number | Invoice Amount | Prior Balance | Reten. | Payable | Disc. | Valid Thru | Status | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5972 | 5/31/20 | 7/15/20 | May 2020 | | 306.82 | 306.82 | 0.00 | 306.82 | 0.00 | | Pay | May 2020 Union checkoff dues |
| | | | | | 1,150.59 | 1,150.59 | 0.00 | 1,150.59 | 0.00 | | | |

| Current | 1 - 30 | 31 - 60 | 61 - 90 | 91 - 120 | Over 120 |
|---|---|---|---|---|---|
| 306.82 | 76.71 | 172.59 | 594.47 | 0.00 | 0.00 |

**Vendor: IUOE_BEN I.U.O.E. Benefit Funds**

| Voucher Number | Invoice Date | Date Due | Invoice Number | P.O. Number | Invoice Amount | Prior Balance | Reten. | Payable | Disc. | Valid Thru | Status | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5898 | 2/29/20 * | 4/14/20 | Feb 2020 | | 9,738.70 | 9,738.70 | 0.00 | 9,738.70 | 0.00 | | Pay | Feb 2020 benefit funds |
| 5903 | 3/22/20 * | 5/6/20 | Mar 2020 | | 2,827.36 | 2,827.36 | 0.00 | 2,827.36 | 0.00 | | Pay | Mar 2020 benefit funds |
| 5956 | 4/30/20 * | 6/14/20 | Apr 2020 | | 1,256.61 | 1,256.61 | 0.00 | 1,256.61 | 0.00 | | Pay | Apr 2020 benefit funds |
| 5973 | 5/31/20 | 7/15/20 | May 2020 | | 5,026.42 | 5,026.42 | 0.00 | 5,026.42 | 0.00 | | Pay | May 2020 benefit funds |
| | | | | | 18,849.09 | 18,849.09 | 0.00 | 18,849.09 | 0.00 | | | |

| Current | 1 - 30 | 31 - 60 | 61 - 90 | 91 - 120 | Over 120 |
|---|---|---|---|---|---|
| 5,026.42 | 1,256.61 | 2,827.36 | 9,738.70 | 0.00 | 0.00 |

**Vendor: LABDC100 Laborers District Council**

| Voucher Number | Invoice Date | Date Due | Invoice Number | P.O. Number | Invoice Amount | Prior Balance | Reten. | Payable | Disc. | Valid Thru | Status | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5849 | 9/15/19 * | 10/15/19 | 359115 | | 1,875.33 | 1,875.33 | 0.00 | 1,875.33 | 0.00 | | Pay | WE 09.15.2019 |
| 5900 | 2/29/20 * | 3/30/20 | Feb 2020 | | 5,038.00 | 5,038.00 | 0.00 | 5,038.00 | 0.00 | | Pay | |
| 5901 | 3/22/20 * | 4/21/20 | Mar 2020 | | 2,468.62 | 2,468.62 | 0.00 | 2,468.62 | 0.00 | | Pay | |
| | | | | | 9,381.95 | 9,381.95 | 0.00 | 9,381.95 | 0.00 | | | |

| Current | 1 - 30 | 31 - 60 | 61 - 90 | 91 - 120 | Over 120 |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 2,468.62 | 5,038.00 | 1,875.33 |

**Vendor: PEN100 Pennsylvania Welding Supply**

| Voucher Number | Invoice Date | Date Due | Invoice Number | P.O. Number | Invoice Amount | Prior Balance | Reten. | Payable | Disc. | Valid Thru | Status | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5813 | 9/30/19 * | 10/30/19 | 296600 | | 89.10 | 89.10 | 0.00 | 89.10 | 0.00 | | Pay | |
| 5843 | 12/31/19 * | 1/30/20 | 298186 | | 8.37 | 8.37 | 0.00 | 8.37 | 0.00 | | Pay | |
| 5844 | 10/31/19 * | 11/30/19 | 297189 | | 32.67 | 32.67 | 0.00 | 32.67 | 0.00 | | Pay | |
| 5845 | 11/30/19 * | 12/30/19 | 297701 | | 8.10 | 8.10 | 0.00 | 8.10 | 0.00 | | Pay | |
| 5913 | 1/31/20 * | 3/1/20 | 298742 | | 7.75 | 7.75 | 0.00 | 7.75 | 0.00 | | Pay | Jan 2020 |
| | | | | | 145.99 | 145.99 | 0.00 | 145.99 | 0.00 | | | |

| Current | 1 - 30 | 31 - 60 | 61 - 90 | 91 - 120 | Over 120 |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 145.99 |

A/P Open Invoice Report
Infrastructure Solution Services Inc.
7/21/2020

**Vendor: S&T_TKLN  S & T Bank**

| Voucher Number | Invoice Date | Date Due | Invoice Number | P.O. Number | Invoice Amount | Prior Balance | Reten. | Payable | Disc. | Valid Thru | Status | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5975 | 6/10/20 * | 6/10/20 | Jun 2020 | | 3,592.24 | 3,592.24 | 0.00 | 3,592.24 | 0.00 | | Pay | |
| | | | | | 3,592.24 | 3,592.24 | 0.00 | 3,592.24 | 0.00 | | | |

| Current | 1 - 30 | 31 - 60 | 61 - 90 | 91 - 120 | Over 120 |
|---|---|---|---|---|---|
| 0.00 | 3,592.24 | 0.00 | 0.00 | 0.00 | 0.00 |

**Vendor: UNT100  United States Treasury**

| Voucher Number | Invoice Date | Date Due | Invoice Number | P.O. Number | Invoice Amount | Prior Balance | Reten. | Payable | Disc. | Valid Thru | Status | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5873 | 3/5/20 * | 4/4/20 | 03052020 | | 26.25 | 26.25 | 0.00 | 26.25 | 0.00 | | Pay | Interest on HHV Tax |
| | | | | | 26.25 | 26.25 | 0.00 | 26.25 | 0.00 | | | |

| Current | 1 - 30 | 31 - 60 | 61 - 90 | 91 - 120 | Over 120 |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 26.25 | 0.00 | 0.00 |

**Vendor: WILLSCOT  Williams Scotsman**

| Voucher Number | Invoice Date | Date Due | Invoice Number | P.O. Number | Invoice Amount | Prior Balance | Reten. | Payable | Disc. | Valid Thru | Status | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5799 | 9/19/19 * | 10/19/19 | 7126680 | 2359 | 164.42 | 164.42 | 0.00 | 164.42 | 0.00 | | Pay | Site 8 Storage container |
| 5804 | 9/28/19 * | 10/28/19 | 7151531 | 2359 | 101.55 | 101.55 | 0.00 | 101.55 | 0.00 | | Pay | Site 8 Storage Container |
| 5805 | 9/29/19 * | 10/29/19 | 7154550 | 2359 | 100.22 | 100.22 | 0.00 | 100.22 | 0.00 | | Pay | Site 8 Storage Container |
| 5821 | 10/19/19 * | 11/18/19 | 7213716 | 2359 | 166.88 | 166.88 | 0.00 | 166.88 | 0.00 | | Pay | Storage container site 8 |
| 5822 | 10/28/19 * | 11/27/19 | 7239582 | 2359 | 103.08 | 103.08 | 0.00 | 103.08 | 0.00 | | Pay | Storage Container Site 8 |
| 5823 | 10/29/19 * | 11/28/19 | 7243205 | 2359 | 101.72 | 101.72 | 0.00 | 101.72 | 0.00 | | Pay | Storage Container Site 8 |
| 5827 | 11/19/19 * | 12/19/19 | 7301501 | 2359 | 185.08 | 185.08 | 0.00 | 185.08 | 0.00 | | Pay | Site 8 Storage Container |
| 5828 | 11/28/19 * | 12/28/19 | 7325548 | 2359 | 104.62 | 104.62 | 0.00 | 104.62 | 0.00 | | Pay | Storage Container Site 8 |
| 5829 | 11/29/19 * | 12/29/19 | 7329334 | 2359 | 103.24 | 103.24 | 0.00 | 103.24 | 0.00 | | Pay | Storage Container Site 8 |
| 5833 | 12/19/19 * | 1/18/20 | 7386676 | 2359 | 187.85 | 187.85 | 0.00 | 187.85 | 0.00 | | Pay | Site 8 Storage Container |
| 5836 | 12/28/19 * | 1/27/20 | 7412636 | 2359 | 104.79 | 104.79 | 0.00 | 104.79 | 0.00 | | Pay | Storage Container Site 8 |
| 5837 | 12/29/19 * | 1/28/20 | 7409868 | 2359 | 106.19 | 106.19 | 0.00 | 106.19 | 0.00 | | Pay | Site 8 Storage Container |
| 5838 | 1/19/20 * | 2/18/20 | 7468785 | 2359 | 190.67 | 190.67 | 0.00 | 190.67 | 0.00 | | Pay | Site 8 Storage Container |
| 5846 | 1/28/20 * | 2/27/20 | 7492543 | 2359 | 107.79 | 107.79 | 0.00 | 107.79 | 0.00 | | Pay | Site 8 Storage Container |
| 5847 | 1/29/20 * | 2/28/20 | 7495907 | 2359 | 106.37 | 106.37 | 0.00 | 106.37 | 0.00 | | Pay | Site 8 Storage Container |
| 5869 | 2/28/20 * | 2/28/20 | 7576723 | 2359 | 109.40 | 109.40 | 0.00 | 109.40 | 0.00 | | Pay | Storage Container Site 8 |
| 5870 | 2/29/20 * | 2/29/20 | 7579320 | 2359 | 107.96 | 107.96 | 0.00 | 107.96 | 0.00 | | Pay | Storage Container Site 8 |
| 5871 | 2/19/20 * | 2/29/20 | 7552065 | 2359 | 193.53 | 193.53 | 0.00 | 193.53 | 0.00 | | Pay | Site 8 Storage Container |
| 5892 | 3/19/20 * | 4/18/20 | 7635057 | 2359 | 196.43 | 196.43 | 0.00 | 196.43 | 0.00 | | Pay | Storage Container Site 8 |
| 5895 | 3/28/20 * | 4/27/20 | 7658329 | 2359 | 111.04 | 111.04 | 0.00 | 111.04 | 0.00 | | Pay | Storage Container Site 8 |
| 5896 | 3/28/20 * | 4/27/20 | 7661024 | 2359 | 109.58 | 109.58 | 0.00 | 109.58 | 0.00 | | Pay | Storage Container Site 8 |
| 5905 | 4/19/20 * | 5/19/20 | 7716029 | 2359 | 199.38 | 199.38 | 0.00 | 199.38 | 0.00 | | Pay | Site 8 storage container |
| 5909 | 4/28/20 * | 4/28/20 | 7739806 | 2359 | 112.71 | 112.71 | 0.00 | 112.71 | 0.00 | | Pay | Site 8 Storage Container |
| 5915 | 4/29/20 * | 4/29/20 | 7742920 | 2359 | 111.22 | 111.22 | 0.00 | 111.22 | 0.00 | | Pay | Site 8 Storage Container |
| 5930 | 5/19/20 * | 5/19/20 | 7797209 | 2359 | 202.37 | 202.37 | 0.00 | 202.37 | 0.00 | | Pay | Site 8 Storage Container |
| 5967 | 5/28/20 * | 5/28/20 | 7820286 | 2359 | 114.40 | 114.40 | 0.00 | 114.40 | 0.00 | | Pay | Site 8 Storage Container |
| 5968 | 5/29/20 * | 5/29/20 | 7823482 | 2359 | 112.89 | 112.89 | 0.00 | 112.89 | 0.00 | | Pay | Site 8 Storage Container |

A/P Open Invoice Report
Infrastructure Solution Services Inc.
7/21/2020

Vendor: WILLSCOT  Williams Scotsman

| Voucher Number | Invoice Date | Date Due | Invoice Number | P.O. Number | | | Invoice Amount | Prior Balance | Reten. | Payable | Disc. | Valid Thru | Status | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5974 | 6/19/20 | 7/19/20 | 7878658 | 2359 | | | 205.41 | 205.41 | 0.00 | 205.41 | 0.00 | | Pay | Site 8 Storage Container |
| | | | | | | | 3,820.79 | 3,820.79 | 0.00 | 3,820.79 | 0.00 | | | |
| | | 1 - 30 | 31 - 60 | 61 - 90 | 91 - 120 | Over 120 | | | | | | | | |
| Current | | 0.00 | 629.04 | 640.98 | 0.00 | 2,345.36 | | | | | | | | |
| 205.41 | | | | | | | 41,148.60 | 41,148.60 | 0.00 | 41,148.60 | 0.00 | | | |
| | | 1 - 30 | 31 - 60 | 61 - 90 | 91 - 120 | Over 120 | | | | | | | | |
| Current | | 5,307.53 | 4,018.46 | 13,891.49 | 5,413.97 | 6,246.53 | | | | | | | | |
| 6,270.62 | | | | | | | | | | | | | | |



**S&T Bank**
MEMBER FDIC

Direct inquiries to:
PO Box 190
Indiana, PA 15701
800.325.2265
stbank.com

Last statement: May 29, 2020
This statement: June 30, 2020
Total days in statement period: 32

Page 1 of 5
          1175
(0)

INFRASTRUCTURE SOLUTION SERVICES INC
DEBTOR-IN POSSESSION
CASE # 1:19-BK-03915-HWV
10011 SANDMEYER LN
PHILADELPHIA PA 19116

## Basic Business Checking

| | |
|---|---|
| Account number | 1175 |
| Low balance | $-7,503.16 |
| Average balance | $8,339.14 |
| Avg collected balance | $8,339 |

### DAILY ACTIVITY

| Date | Description | Additions | Subtractions | Balance |
|---|---|---|---|---|
| 05-29 | Beginning balance | | | $537.87 |
| 06-01 | 'Cash Mgmt Trsfr Cr<br>REF 1531221L FUNDS TRANSFER FRM<br>DEP 3004030387 FROM<br>INTERCO FUNDS XFER | 25,000.00 | | 25,537.87 |
| 06-01 | 'Cash Mgmt Trsfr Dr<br>REF 1530834L FUNDS TRANSFER TO<br>DEP 3004030387 FROM<br>INTERCO FUNDS XFER | | -500.00 | 25,037.87 |
| 06-01 | Check  11 | | -72.00 | 24,965.87 |
| 06-03 | 'Adj Correction Cr<br>ADJUSTMENT FOR CHECK #11<br>CLEARED TWICE ON 5/6/20 AND<br>6/1/20 | 72.00 | | 25,037.87 |
| 06-03 | 'Outgoing Wire Fee<br>202006030041791 KOTAPAY<br>NET PAY JUN 05 202 | | -15.00 | 25,022.87 |
| 06-03 | 'Outgoing Wire Fee<br>202006030041792 KOTAPAY FBO DELTEK<br>PAYROLL IMPOUNDS J | | -15.00 | 25,007.87 |
| 06-03 | 'Bus Exp Wire Out Nr<br>202006030041791 KOTAPAY<br>NET PAY JUN 05 202 | | -3,740.84 | 21,267.03 |
| 06-03 | 'Bus Exp Wire Out Nr<br>202006030041792 KOTAPAY FBO DELTEK<br>PAYROLL IMPOUNDS J | | -2,032.14 | 19,234.89 |

Case 1:19-bk-03915-HWV    Doc 129    Filed 07/24/20    Entered 07/24/20 18:11:10    Desc
Main Document    Page 12 of 16



Direct inquiries to:
PO Box 190
Indiana, PA 15701
800.325.2265
stbank.com

INFRASTRUCTURE SOLUTION SERVICES INC  Page 2 of 5
June 30, 2020                                     1175

| Date | Description | Additions | Subtractions | Balance |
|---|---|---|---|---|
| 06-04 | 'Cash Mgmt Trsfr Cr<br>REF 1561205L FUNDS TRANSFER FRM<br>DEP 3004030387 FROM<br>INTERCO FUNDS XFER | 9,200.00 | | 28,434.89 |
| 06-04 | 'Assisted Transfer<br>XXXX5243-200 #3283 | | -3,592.24 | 24,842.65 |
| 06-10 | 'Outgoing Wire Fee<br>202006100013464 KOTAPAY<br>NET PAY JUN 12 202 | | -15.00 | 24,827.65 |
| 06-10 | 'Outgoing Wire Fee<br>202006100013465 KOTAPAY FBO DELTEK<br>PAYROLL IMPOUNDS J | | -15.00 | 24,812.65 |
| 06-10 | 'Bus Exp Wire Out Nr<br>202006100013464 KOTAPAY<br>NET PAY JUN 12 202 | | -4,722.97 | 20,089.68 |
| 06-10 | 'Bus Exp Wire Out Nr<br>202006100013465 KOTAPAY FBO DELTEK<br>PAYROLL IMPOUNDS J | | -2,314.89 | 17,774.79 |
| 06-10 R | Check 18 | | -21,990.61 | -4,215.82 |
| 06-10 | Check 16 | | -1,342.34 | -5,558.16 |
| 06-10 | Check 19 | | -1,200.00 | -6,758.16 |
| 06-10 | 'Preauthorized Debit<br>Deltek Computer May Fees<br>Invoice 2020-05-29 | | -640.00 | -7,398.16 |
| 06-10 | Check 17 | | -105.00 | -7,503.16 |
| 06-11 | 'NSF Returned Item<br>CHECK 18 | 21,990.61 | | 14,487.45 |
| 06-11 | 'Return Item Fee<br>FOR RETURN OF CHECK # 18 | | -36.00 | 14,451.45 |
| 06-11 | 'Overdraft Fee<br>FOR OVERDRAFT CHECK # 16 | | -36.00 | 14,415.45 |
| 06-11 | 'Overdraft Fee<br>FOR OVERDRAFT CHECK # 19 | | -36.00 | 14,379.45 |
| 06-11 | 'Overdraft Fee<br>FOR OVERDRAFT PREAUTHORIZED DEBI<br>042000552591248 | | -36.00 | 14,343.45 |
| 06-11 | 'Overdraft Fee<br>FOR OVERDRAFT CHECK # 17 | | -36.00 | 14,307.45 |
| 06-11 | 'Cash Mgmt Trsfr Dr<br>REF 1631304L FUNDS TRANSFER TO<br>DEP 3002851511 FROM<br>INTERCO FUNDS XFER | | -13,000.00 | 1,307.45 |
| 06-12 | Deposit | 22,000.00 | | 23,307.45 |
| 06-12 | Check | | -21,990.61 | 1,316.84 |



S&T Bank
Direct inquiries to:
PO Box 190
Indiana, PA 15701
800.325.2265
stbank.com

INFRASTRUCTURE SOLUTION SERVICES INC  
June 30, 2020

Page 3 of 5  
████1175

| Date | Description | Additions | Subtractions | Balance |
|---|---|---|---|---|
| 06-15 | 'Cash Mgmt Trsfr Cr<br>REF 1671408L FUNDS TRANSFER FRM<br>DEP 3002851511 FROM<br>INTERCO FUNDS XFER | 3,900.00 | | 5,216.84 |
| 06-15 | 'Cash Mgmt Trsfr Cr<br>REF 1671410L FUNDS TRANSFER FRM<br>DEP 3002851511 FROM<br>INTERCO FUNDS XFER | 200.00 | | 5,416.84 |
| 06-15 | 'Outgoing Wire Fee<br>202006150075477 CARLOS M SANTIAGO<br>NET PAY FWE 06/14/ | | -15.00 | 5,401.84 |
| 06-15 | 'Outgoing Wire Fee<br>202006150075478 ELVIN M MOLINA<br>NET PAY FWE 06/14/ | | -15.00 | 5,386.84 |
| 06-15 | 'Outgoing Wire Fee<br>202006150075479 JOSE GUTIERREZ<br>NET PAY FWE 06/14/ | | -15.00 | 5,371.84 |
| 06-15 | 'Bus Exp Wire Out Nr<br>202006150075477 CARLOS M SANTIAGO<br>NET PAY FWE 06/14/ | | -1,508.93 | 3,862.91 |
| 06-15 | 'Bus Exp Wire Out Nr<br>202006150075478 ELVIN M MOLINA<br>NET PAY FWE 06/14/ | | -1,403.75 | 2,459.16 |
| 06-15 | 'Bus Exp Wire Out Nr<br>202006150075479 JOSE GUTIERREZ<br>NET PAY FWE 06/14/ | | -1,275.29 | 1,183.87 |
| 06-15 | 'Cash Mgmt Trsfr Dr<br>REF 1670928L FUNDS TRANSFER TO<br>DEP 3004030387 FROM<br>INTERCO FUNDS XFER | | -1,000.00 | 183.87 |
| 06-17 | 'Cash Mgmt Trsfr Dr<br>REF 1690820L FUNDS TRANSFER TO<br>DEP 3004030387 FROM<br>INTERCO FUNDS XFER | | -150.00 | 33.87 |
| 06-24 | 'Cash Mgmt Trsfr Cr<br>REF 1762214L FUNDS TRANSFER FRM<br>DEP 3004030387 FROM<br>INTERCO FUNDS XFER | 15,000.00 | | 15,033.87 |
| 06-25 | 'Cash Mgmt Trsfr Cr<br>REF 1770018P FUNDS TRANSFER FRM<br>DEP 3004030387 FROM<br>INTERCO FUNDS XFER | 5,000.00 | | 20,033.87 |
| 06-25 | 'Outgoing Wire Fee<br>202006250003508 KOTAPAY<br>NET PAY JUN 26 202 | | -15.00 | 20,018.87 |

Case 1:19-bk-03915-HWV    Doc 129    Filed 07/24/20    Entered 07/24/20 18:11:10    Desc
Main Document    Page 14 of 16

# S&T Bank

Direct inquiries to:
PO Box 190
Indiana, PA 15701
800.325.2265
stbank.com

MEMBER FDIC

INFRASTRUCTURE SOLUTION SERVICES INC  
June 30, 2020

Page 4 of 5

▇▇▇▇1175

| Date | Description | Additions | Subtractions | Balance |
|---|---|---|---|---|
| 06-25 | 'Outgoing Wire Fee<br>202006250003510 KOTAPAY FBO DELTEK<br>PAYROLL IMPOUNDS J | | -15.00 | 20,003.87 |
| 06-25 | 'Outgoing Wire Fee<br>202006250003512 KOTAPAY FBO DELTEK<br>PAYROLL IMPOUNDS J | | -15.00 | 19,988.87 |
| 06-25 | 'Bus Exp Wire Out Nr<br>202006250003508 KOTAPAY<br>NET PAY JUN 26 202 | | -4,142.96 | 15,845.91 |
| 06-25 | 'Bus Exp Wire Out Nr<br>202006250003512 KOTAPAY FBO DELTEK<br>PAYROLL IMPOUNDS J | | -2,314.91 | 13,531.00 |
| 06-25 | 'Bus Exp Wire Out Nr<br>202006250003510 KOTAPAY FBO DELTEK<br>PAYROLL IMPOUNDS J | | -2,314.89 | 11,216.11 |
| 06-25 | 'Assisted Transfer<br>*5243-200 #2682 | | -7,184.48 | 4,031.63 |
| 06-26 | 'Preauthorized Debit<br>QUARTERLY FEE PAYMENT<br>200626 0000 | | -1,628.26 | 2,403.37 |
| 06-29 | 'Cash Mgmt Trsfr Cr<br>REF 1811917L FUNDS TRANSFER FRM<br>DEP 3004030387 FROM<br>INTERCO FUNDS XFER | 9,000.00 | | 11,403.37 |
| 06-30 | 'Cash Mgmt Trsfr Cr<br>REF 1820923L FUNDS TRANSFER FRM<br>DEP 3004030387 FROM<br>INTERCO FUNDS XFER | 6,600.00 | | 18,003.37 |
| 06-30 | 'Outgoing Wire Fee<br>202006300032705 KOTAPAY FBO DELTEK<br>PAYROLL IMPOUNDS J | | -15.00 | 17,988.37 |
| 06-30 | 'Outgoing Wire Fee<br>202006300032706 KOTAPAY<br>NET PAY JUL 02 202 | | -15.00 | 17,973.37 |
| 06-30 | 'Bus Exp Wire Out Nr<br>202006300032706 KOTAPAY<br>NET PAY JUL 02 202 | | -4,142.98 | 13,830.39 |
| 06-30 | 'Bus Exp Wire Out Nr<br>202006300032705 KOTAPAY FBO DELTEK<br>PAYROLL IMPOUNDS J | | -2,314.87 | 11,515.52 |
| 06-30 | **Ending totals** | **117,962.61** | **-106,984.96** | **$11,515.52** |

R-Check has been returned

# S&T Bank

Direct inquiries to:
PO Box 190
Indiana, PA 15701
800.325.2265
stbank.com

INFRASTRUCTURE SOLUTION SERVICES INC  
June 30, 2020

Page 5 of 5  
1175

## CHECKS

| Number | Date  | Amount    | Number | Date  | Amount    |
|--------|-------|-----------|--------|-------|-----------|
|        | 06-12 | 21,990.61 | 18 R   | 06-10 | 21,990.61 |
| 11     | 06-01 | 72.00     | 19     | 06-10 | 1,200.00  |
| 16 *   | 06-10 | 1,342.34  | * Skip in check sequence        |
| 17     | 06-10 | 105.00    | R-Check has been returned       |

## OVERDRAFT/RETURN ITEM FEES

|                          | Total for this period | Total year-to-date |
|--------------------------|-----------------------|--------------------|
| Total Overdraft Fees     | $144.00               | $144.00            |
| Total Returned Item Fees | $36.00                | $180.00            |