IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : Case Nos. | 1:19-bk-03915-HWV |
| INFRASTRUCTURE SOLUTION | : | 1:19-bk-04825-HWV |
| SERVICES, INC., ISS | : | |
| MANAGEMENT, LLC | : | Chapter 11 |
| | : | |
| | | Jointly Administered |

## CERTIFICATE OF SERVICE

I, Joanne M. Bartley, with the law firm of Cunningham, Chernicoff & Warshawsky, P.C. hereby certify that on August 24, 2020, a true and correct copy of the attached **SECOND AMENDED PLAN OF REORGANIZATION** was served via electronic means through the Court's ECF filing system and/or by first-class mail, postage prepaid, as follows:

D. Troy Sellars, Esquire
Office of the U.S. Trustee
228 Walnut Street, Room 1190
Harrisburg, PA 17108-0969

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

Office of Attorney General
Financial Enforcement Section
Strawberry Square, 15th Floor
Fourth & Walnut Streets
Harrisburg, PA 17120

Assistant U.S. Attorney
P. O. Box 11754
Harrisburg, PA 17108-1754

Securities Exchange Commission
3 World Financial Center
New York, NY 10281

PA Department of Revenue
Bureau of Compliance
Bankruptcy Division
Dept. 0946
Harrisburg, PA 17128-0946

Bureau of Employer Tax Operations
Labor & Industry Bldg
651 Boas Street, Room 702
Harrisburg, PA 17106-8568

U.S. Department of Justice
P.O. Box 227
Ben Franklin Station
Washington, DC 20044
United States Attorney
228 Walnut Street
Harrisburg, PA 17108

James F. Grenen, Esquire
Grenen & Birsic, PC
One Gateway Center, Ninth Floor
Pittsburgh, PA 15222

Clayton W. Davidson, Esquire
McNees Wallace & Nurick, LLC
100 Pine Street
P.O. Box 1166
Harrisburg, PA 17108-1166

Mitchell D. Cohen, Esquire
Vedder Price P.C.
1633 Broadway, 31st Floor
New York, NY 10019

David Banks, Esquire
Banks & Banks
3038 Church Road
Lafayette Hill, PA 19444

Robert J. Downs, Esquire
40 E. Skippack Pike
P.O.Box 736
Fort Washington, PA 19034

Anthony Higgins
Commonwealth of Pennsylvania
Department of Labor and Industry
Collections Support Unit
651 Boas Street, Room 925
Harrisburg, PA 17121

Scott H. Bernstein, Esquire
600 Madison Avenue, 18th Floor
New York, New York 10022

Pamela Elchert Thurmond
Deputy City Solicitor
City of Philadelphia Law Department
1401 JFK Blvd., 5th Floor
Philadelphia, PA 19102-1595

Matthew J. Siembieda, Esq.
Holland & Knight LLP
2929 Arch Street, Suite 800
Philadelphia, PA 19104

Deborah S. Griffin, Esq.
Holland & Knight LLP
10 St. James Avenue
Boston, MA 02116

John E. Hilser, Esquire
Devileger Hilser P.C.
1518 Walnut Street, 16th Floor
Philadelphia, PA 19102

Evan A. Blaker, Esquire
Cohen, Seglias, Pallas et al.
United Plaza
30 S. 17th Street, 19th Floor
Philadelphia, PA 19103

Brenda S. Bishop, Esquire
Senior Deputy Attorney General
Office of Attorney General
15th Floor, Strawberry Square
Harrisburg, PA 17120

Rebecca J. Price, Esquire
Norris McLaughlin, PA
515 West Hamilton Street, Suite 502
Allentown, PA 18101

Anthony Higgins
Commonwealth of Pennsylvania
Department of Labor and Industry
Collections Support Unit
651 Boas Street, Room 925
Harrisburg, PA 17121

Amar A. Agrawal, Esquire
Eisenberg, Gold & Agrawal, P.C.
1040 Kings Highway North, Suite 200
Cherry Hill, NJ 08034

Regina Cohen, Esquire
Lavin, Cedrone, Graver, Boyd & Disipio
190 North Independence Mall West –
Suite 500
6th and Race Streets
Philadelphia, PA 19106

Case 1:19-bk-03915-HWV   Doc 143-2   Filed 08/24/20   Entered 08/24/20 13:38:55
Desc Certificate of Service    Page 2 of 3

William T. Josem, Esquire
Cleary, Josem & Trigiani LLP
Constitution Place
325 Chestnut Street, Suite 200
Philadelphia, PA 19106

Noelle B. Torrice
Benesch, Friedlander, Coplan & Aronoff LLP
One Liberty Place
1650 Market Street, Suite 3628
Philadelphia, Pennsylvania 19103

Mark J. Gottesfeld, Esq.
Winebrake & Santillo, LLC
715 Twining Road, Suite 211
Dresher, PA 19025

Frank J. Perch, III
1650 Market Street
One Liberty Place, Suite 1800
Philadelphia, PA 19103

  s/ *Joanne M Bartley*
Joanne M. Bartley
Assistant to Robert E. Chernicoff, Esquire