UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | |
| | Chapter 11 |
| **INFRASTRUCTURE SOLUTION SERVICES, INC.** | Case No. 1:19-bk-03915-HWV |
| Debtor. | |
| | |
| Independence Blue Cross, LLC <br>   Movant | |
| v. | |
| Infrastructure Solution Services, Inc. <br>   Respondent | |

## NOTICE OF MOTION OF INDEPENDENCE BLUE CROSS, LLC TO COMPEL REJECTION OF EXECUTORY CONTRACT AND FOR ALLOWANCE OF <u>ADMINISTRATIVE EXPENSES</u>

Independence Blue Cross, LLC has filed a motion to compel the rejection of executory contracts for health insurance, and for the allowance of administrative expenses on September 17, 2020.

If you object to the relief requested, you must file your objection/response by October 8, 2020 with the Clerk of Bankruptcy Court, Ronald Reagan Federal Building, 228 Walnut Street Rm 320, Harrisburg, PA 17101 and serve a copy on movant's counsel, Edmond M. George, Obermayer Rebmann Maxwell & Hippel LLP, Centre Square West, 1500 Market Street, Suite 3400, Philadelphia PA 19102, Edmond.George@Obermayer.com.

If you file and serve an objection/response within the time permitted, a hearing will be held on October 20, 2020 at 9:30 a.m. at Ronald Reagan Federal Building, 228 Walnut Street Rm 320, Harrisburg, PA 17101. If you do not file an objection/response within the time permitted the Court will deem the motion unopposed and proceed to consider the motion without further notice or hearing, and may grant the relief requested.

              OBERMAYER REBMANN MAXWELL & HIPPEL LLP

Dated: September 17, 2020

              */s/ Edmond M. George*
              Edmond M. George, Esq.
              Centre Square West
              1500 Market Street Suite 3400
              Philadelphia, PA 19102-2101
              *Counsel for Movant*

OMC\4840-8315-7195.v1-9/17/20

Case 1:19-bk-03915-HWV Doc 150-1 Filed 09/17/20 Entered 09/17/20 15:58:35
         Desc Notice Page 1 of 1