UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | : |
| | : Chapter 11 |
| **INFRASTRUCTURE SOLUTION SERVICES, INC.** | : |
| | : Case No. 1:19-bk-03915-HWV |
| **Debtor.** | : |

## ORDER

AND NOW, on this _____ day of _____, 2020, this matter having come before the Court upon the motion of Independence Blue Cross, LLC to compel rejection of executory contracts for health insurance and for the allowance of administrative expenses entitled to priority (the "Motion"), after notice and hearing and upon consideration of any response thereto, it is hereby ORDERED:

1. The Motion is GRANTED.

2. The health insurance contracts between Keystone Health Plan East Inc. and Infrastructure Solution Services Inc. are DEEMED REJECTED as of the date of this Order.

3. All unpaid postpetition premiums are ALLOWED as administrative expense priority claims pursuant to 11 U.S.C. §§ 503(b), 507(a).

4. Independence shall file a proof of claim for these allowed expenses within fourteen (14) days for the date of this Order.

BY THE COURT:

_____
Honorable Judge Henry W. Van Eck
United States Bankruptcy Judge