UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : |
| | : Chapter 11 |
| **INFRASTRUCTURE SOLUTION** | : |
| **SERVICES, INC.** | : Case No. 1:19-bk-03915-HWV |
| | : |
| Debtor. | : |
| | : |

## CERTIFICATE OF SERVICE

I, Edmond M. George, Esquire, hereby certify that on September 17, 2020, a true and correct copy of the foregoing motion of Independence Blue Cross, LLC to compel rejection of executory contracts for health insurance and for the allowance of administrative expenses entitled to priority was served by first class mail or via e-mail via the Court's CM/ECF system, upon the individuals listed on the attached service list.

OBERMAYER REBMANN MAXWELL & HIPPEL LLP

/s/ Edmond M. George
Edmond M. George, Esq.
Centre Square West
1500 Market Street Suite 3400
Philadelphia, PA 19102-2101
*Counsel for Movant*

# SERVICE LIST

Robert E Chernicoff
Cunningham and Chernicoff PC
2320 North Second Street
Harrisburg, PA 17110
Counsel for the Debtor

Infrastructure Solution Services, Inc.
10011 Sandmeyer Lane
Philadelphia, PA 19116
Debtor

Joseph P Schalk
Office of the United States Trustee
228 Walnut Street
Suite 1190
Harrisburg, PA 17101
U.S. Trustee

I.U.O.E. Benefit Funds
P.O. Box 1477
Fort Washington, PA 19034
20 Largest Creditors

Midlantic Machinery
2240 Bethlehem Pike
Philadelphia, PA 19178
20 Largest Creditors

I.U.O.E. Local 542
P.O. Box 1477
Fort Washington, PA 19034
20 Largest Creditors

Laborers District Council Benefit Fund
525 Fellowship Road, Suite 300
Mount Laurel, NJ 08054-3415
20 Largest Creditors

Continental Concrete Products
1 South Grosstown Road
Pottstown, PA 19464
20 Largest Creditors

Int'l Union of Oper Engineers
P.O. Box 1477
Fort Washington, PA 19034
20 Largest Creditors

H/H Industry Advancement Fund
P.O. Box 1477
Fort Washington, PA 19034
20 Largest Creditors

AMS Waste Disposal
804 Roberts Avenue
Drexel Hill, PA19026
20 Largest Creditors

Williams Scotsman
P.O. Box 91975
Chicago, IL 60693
20 Largest Creditors

Pennsylvania Welding Supply
242 E Hunting Park Avenue
Philadelphia, PA 19124
20 Largest Creditors

CE Payroll
7601 Cheviot Road
Cincinnati, OH 45247
20 Largest Creditors

Associated Benefit Planners
215 West Church Road Suite 200
King of Prussia, PA 19406
20 Largest Creditors

Corporate Filings, LLC
30 N Gould Street #7001
Sheridan, WY 82801
20 Largest Creditors

11