Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11    12/17

| | | | |
|---|---|---|---|
| Month: | AUG 2020 | Date report filed: | 09/17/2020 MM / DD / YYYY |
| Line of business: | CONSTRUCTION SVCS | NAISC code: | 238290 |

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: INFRASTRUCTURE SOLUTION SVCS

Original signature of responsible party: *[signature]*

Printed name of responsible party: RICHARD ZANOL, CONTROLLER

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | | Yes | No | N/A |
|---|---|---|---|---|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name INFRASTRUCTURE SOLUTION SERVICES INC   Case number 1:19-BK-03915-HWV

17. Have you paid any bills you owed before you filed bankruptcy?  ☐ ☑ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**  $ 19,391.60

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.   $ 33,700.00

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.   − $ 52,548.25

    Report the total from *Exhibit D* here.

22. **Net cash flow**   + $ -18,848.25

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.   = $ 543.35

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**   $ 25,788.51

    *(Exhibit E)*

Debtor Name INFRASTRUCTURE SOLUTION SERVICES INC    Case number 1:19-BK-03915-HWV

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**    $ _____0.00__

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?    _____11__
27. What is the number of employees as of the date of this monthly report?    _____3__

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?    $ _____0.00__
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?    $ _____650.00__
30. How much have you paid this month in other professional fees?    $ _____0.00__
31. How much have you paid in total other professional fees since filing the case?    $ _____0.00__

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A<br>Projected<br>Copy lines 35-37 from the previous month's report. | – | Column B<br>Actual<br>Copy lines 20-22 of this report. | = | Column C<br>Difference<br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. Cash receipts | $ 75,000.00 | – | $ 33,700.00 | = | $ 41,300.00 |
| 33. Cash disbursements | $ 75,000.00 | – | $ 52,548.25 | = | $ 22,451.75 |
| 34. Net cash flow | $ 0.00 | – | $ -18,848.25 | = | $ 18,848.25 |

35. Total projected cash receipts for the next month:    $ 75,000.00
36. Total projected cash disbursements for the next month:    – $ 75,000.00
37. Total projected net cash flow for the next month:    = $ 0.00

Official Form 425C    Monthly Operating Report for Small Business Under Chapter 11    page 3

Case 1:19-bk-03915-HWV    Doc 153    Filed 09/18/20    Entered 09/18/20 10:51:06    Desc
Main Document    Page 3 of 14

Debtor Name INFRASTRUCTURE SOLUTION SERVICES INC    Case number 1:19-BK-03915-HWV

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- [x] 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- [ ] 39. Bank reconciliation reports for each account.
- [ ] 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- [ ] 41. Budget, projection, or forecast reports.
- [ ] 42. Project, job costing, or work-in-progress reports

Invoice Dates: 9/13/2019    As of: 8/31/2020    Sort by: Voucher Number    Show notes: No
To:    Status: All    Detail, Summary or Totals: Detail

A/P Open Invoice Report
Infrastructure Solution Services Inc.
9/17/2020

**Vendor: ALLY    Ally Bank**

| Voucher Number | Invoice Date | Date Due | Invoice Number | P.O. Number | Invoice Amount | Prior Balance | Reten. | Payable | Disc. | Valid Thru | Status | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5812 | 9/15/19 * | 10/2/19 | Sep 2019 | | 375.97 | 375.97 | 0.00 | 375.97 | 0.00 | | Pay | |
| 5819 | 10/3/19 * | 11/2/19 | Oct 2019 | | 375.97 | 375.97 | 0.00 | 375.97 | 0.00 | | Pay | |
| 5839 | 11/15/19 * | 12/2/19 | Nov 2019 | | 375.97 | 375.97 | 0.00 | 375.97 | 0.00 | | Pay | |
| 5840 | 12/15/19 * | 1/2/20 | Dec 2019 | | 375.97 | 375.97 | 0.00 | 375.97 | 0.00 | | Pay | |
| 5841 | 1/15/20 * | 2/2/20 | Jan 2020 | | 375.97 | 375.97 | 0.00 | 375.97 | 0.00 | | Pay | |
| 5910 | 2/15/20 * | 3/2/20 | Feb 2020 | | 375.97 | 375.97 | 0.00 | 375.97 | 0.00 | | Pay | |
| 5911 | 3/15/20 * | 4/2/20 | Mar 2020 | | 375.97 | 375.97 | 0.00 | 375.97 | 0.00 | | Pay | |
| 5912 | 4/15/20 * | 5/2/20 | Apr 2020 | | 375.97 | 375.97 | 0.00 | 375.97 | 0.00 | | Pay | |
| 5981 | 5/15/20 * | 6/2/20 | May 2020 | | 375.97 | 375.97 | 0.00 | 375.97 | 0.00 | | Pay | |
| 5982 | 6/15/20 * | 7/2/20 | Jun 2020 | | 375.97 | 375.97 | 0.00 | 375.97 | 0.00 | | Pay | |
| 5983 | 7/15/20 * | 8/2/20 | Jul 2020 | | 375.97 | 375.97 | 0.00 | 375.97 | 0.00 | | Pay | |
| 6074 | 8/15/20 * | 9/2/20 | Aug 2020 | | 375.97 | 375.97 | 0.00 | 375.97 | 0.00 | | Pay | |
| | | | | | 4,511.64 | 4,511.64 | 0.00 | 4,511.64 | 0.00 | | | |

| Current | 1 - 30 | 31 - 60 | 61 - 90 | 91 - 120 | Over 120 |
|---|---|---|---|---|---|
| 375.97 | 375.97 | 375.97 | 375.97 | 0.00 | 3,007.76 |

**Vendor: CEP100    Deltek Payroll Services**

| Voucher Number | Invoice Date | Date Due | Invoice Number | P.O. Number | Invoice Amount | Prior Balance | Reten. | Payable | Disc. | Valid Thru | Status | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6072 | 8/28/20 | 9/7/20 | 12733 | | 332.00 | 332.00 | 0.00 | 332.00 | 0.00 | | Pay | Aug 2020 |
| | | | | | 332.00 | 332.00 | 0.00 | 332.00 | 0.00 | | | |

| Current | 1 - 30 | 31 - 60 | 61 - 90 | 91 - 120 | Over 120 |
|---|---|---|---|---|---|
| 332.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

**Vendor: CIT130    Citizens Bank (non-Mastercard)**

| Voucher Number | Invoice Date | Date Due | Invoice Number | P.O. Number | Invoice Amount | Prior Balance | Reten. | Payable | Disc. | Valid Thru | Status | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5996 | 11/12/19 * | 11/12/19 | 11122019 | | 1,562.37 | 1,562.37 | 0.00 | 1,562.37 | 0.00 | | Pay | Charged-off negative balance |
| | | | | | 1,562.37 | 1,562.37 | 0.00 | 1,562.37 | 0.00 | | | |

| Current | 1 - 30 | 31 - 60 | 61 - 90 | 91 - 120 | Over 120 |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,562.37 |

**Vendor: HH_IND    H/H Industry Advancement Fund**

| Voucher Number | Invoice Date | Date Due | Invoice Number | P.O. Number | Invoice Amount | Prior Balance | Reten. | Payable | Disc. | Valid Thru | Status | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6046 | 6/30/20 * | 8/14/20 | Jun 2020 | | 24.00 | 24.00 | 0.00 | 24.00 | 0.00 | | Pay | Jun 2020 union checkoff dues |
| 6047 | 7/31/20 | 9/14/20 | Jul 2020 | | 24.00 | 24.00 | 0.00 | 24.00 | 0.00 | | Pay | Jul 2020 union checkoff dues |

A/P Open Invoice Report
Infrastructure Solution Services Inc.
9/17/2020

**Vendor: HH_IND   H/H Industry Advancement Fund**

| Voucher Number | Invoice Date | Date Due | Invoice Number | P.O. Number | Invoice Amount | Prior Balance | Reten. | Payable | Disc. | Valid Thru | Status | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 48.00 | 48.00 | 0.00 | 48.00 | 0.00 | | | |

| Current | 1 - 30 | 31 - 60 | 61 - 90 | 91 - 120 | Over 120 |
|---|---|---|---|---|---|
| 24.00 | 24.00 | 0.00 | 0.00 | 0.00 | 0.00 |

**Vendor: IUOE542B   I.U.O.E. Local 542**

| Voucher Number | Invoice Date | Date Due | Invoice Number | P.O. Number | Invoice Amount | Prior Balance | Reten. | Payable | Disc. | Valid Thru | Status | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6044 | 6/30/20 | * 8/14/20 | Jun 2020 | | 306.82 | 306.82 | 0.00 | 306.82 | 0.00 | | Pay | Jun 2020 union checkoff dues |
| 6045 | 7/31/20 | 9/14/20 | Jul 2020 | | 306.82 | 306.82 | 0.00 | 306.82 | 0.00 | | Pay | Jul 2020 union checkoff dues |
| | | | | | 613.64 | 613.64 | 0.00 | 613.64 | 0.00 | | | |

| Current | 1 - 30 | 31 - 60 | 61 - 90 | 91 - 120 | Over 120 |
|---|---|---|---|---|---|
| 306.82 | 306.82 | 0.00 | 0.00 | 0.00 | 0.00 |

**Vendor: IUOE_BEN   I.U.O.E. Benefit Funds**

| Voucher Number | Invoice Date | Date Due | Invoice Number | P.O. Number | Invoice Amount | Prior Balance | Reten. | Payable | Disc. | Valid Thru | Status | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6042 | 6/30/20 | * 8/14/20 | Jun 2020 | | 5,026.42 | 5,026.42 | 0.00 | 5,026.42 | 0.00 | | Pay | Jun 2020 benefit fund |
| 6043 | 7/31/20 | 9/14/20 | Jul 2020 | | 5,026.42 | 5,026.42 | 0.00 | 5,026.42 | 0.00 | | Pay | Jul 2020 benefit fund |
| | | | | | 10,052.84 | 10,052.84 | 0.00 | 10,052.84 | 0.00 | | | |

| Current | 1 - 30 | 31 - 60 | 61 - 90 | 91 - 120 | Over 120 |
|---|---|---|---|---|---|
| 5,026.42 | 5,026.42 | 0.00 | 0.00 | 0.00 | 0.00 |

**Vendor: LABDC100   Laborers District Council**

| Voucher Number | Invoice Date | Date Due | Invoice Number | P.O. Number | Invoice Amount | Prior Balance | Reten. | Payable | Disc. | Valid Thru | Status | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5849 | 9/15/19 | * 10/15/19 | 359115 | | 1,875.33 | 1,875.33 | 0.00 | 1,875.33 | 0.00 | | Pay | WE 09.15.2019 |
| | | | | | 1,875.33 | 1,875.33 | 0.00 | 1,875.33 | 0.00 | | | |

| Current | 1 - 30 | 31 - 60 | 61 - 90 | 91 - 120 | Over 120 |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,875.33 |

**Vendor: PEN100   Pennsylvania Welding Supply**

| Voucher Number | Invoice Date | Date Due | Invoice Number | P.O. Number | Invoice Amount | Prior Balance | Reten. | Payable | Disc. | Valid Thru | Status | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5813 | 9/30/19 | * 10/30/19 | 296600 | | 89.10 | 89.10 | 0.00 | 89.10 | 0.00 | | Pay | |
| 5843 | 12/31/19 | * 1/30/20 | 298186 | | 8.37 | 8.37 | 0.00 | 8.37 | 0.00 | | Pay | |
| 5844 | 10/31/19 | * 11/30/19 | 297189 | | 32.67 | 32.67 | 0.00 | 32.67 | 0.00 | | Pay | |
| 5845 | 11/30/19 | * 12/30/19 | 297701 | | 8.10 | 8.10 | 0.00 | 8.10 | 0.00 | | Pay | |
| 5913 | 1/31/20 | * 3/1/20 | 298742 | | 7.75 | 7.75 | 0.00 | 7.75 | 0.00 | | Pay | Jan 2020 |

A/P Open Invoice Report
Infrastructure Solution Services Inc.
9/17/2020

**Vendor: PEN100   Pennsylvania Welding Supply**

| Voucher Number | Invoice Date | Date Due | Invoice Number | P.O. Number | Invoice Amount | Prior Balance | Reten | Payable | Disc. | Valid Thru | Status | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Current | 1 - 30 | 31 - 60 | 61 - 90 | 91 - 120 | Over 120 |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 145.99 |

**Vendor: UNI100   United States Treasury**

| Voucher Number | Invoice Date | Date Due | Invoice Number | P.O. Number | Invoice Amount | Prior Balance | Reten | Payable | Disc. | Valid Thru | Status | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5873 | 3/5/20 * | 4/4/20 | 03052020 | | 145.99 | 145.99 | 0.00 | 145.99 | 0.00 | | Pay | Interest on HHV Tax |
| | | | | | 26.25 | 26.25 | 0.00 | 26.25 | 0.00 | | | |
| | | | | | 26.25 | 26.25 | 0.00 | 26.25 | 0.00 | | | |

| Current | 1 - 30 | 31 - 60 | 61 - 90 | 91 - 120 | Over 120 |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 26.25 |

**Vendor: UST110   U.S. Trustee**

| Voucher Number | Invoice Date | Date Due | Invoice Number | P.O. Number | Invoice Amount | Prior Balance | Reten | Payable | Disc. | Valid Thru | Status | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6040 | 7/15/20 * | 8/14/20 | 2020 Q2 | | 1,630.25 | 1,630.25 | 0.00 | 1,630.25 | 0.00 | | Pay | Trustee fee 2020 Q2 |
| | | | | | 1,630.25 | 1,630.25 | 0.00 | 1,630.25 | 0.00 | | | |

| Current | 1 - 30 | 31 - 60 | 61 - 90 | 91 - 120 | Over 120 |
|---|---|---|---|---|---|
| 0.00 | 1,630.25 | 0.00 | 0.00 | 0.00 | 0.00 |

**Vendor: WILLSCOT   Williams Scotsman**

| Voucher Number | Invoice Date | Date Due | Invoice Number | P.O. Number | Invoice Amount | Prior Balance | Reten | Payable | Disc. | Valid Thru | Status | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5799 | 9/19/19 * | 10/19/19 | 7126680 | 2359 | 164.42 | 164.42 | 0.00 | 164.42 | 0.00 | | Pay | Site 8 Storage container |
| 5804 | 9/28/19 * | 10/28/19 | 7151531 | 2359 | 101.55 | 101.55 | 0.00 | 101.55 | 0.00 | | Pay | Site 8 Storage Container |
| 5805 | 9/29/19 * | 10/29/19 | 7154550 | 2359 | 100.22 | 100.22 | 0.00 | 100.22 | 0.00 | | Pay | Site 8 Storage Container |
| 5821 | 10/19/19 * | 11/18/19 | 7213716 | 2359 | 166.88 | 166.88 | 0.00 | 166.88 | 0.00 | | Pay | Storage container site 8 |
| 5822 | 10/28/19 * | 11/27/19 | 7239582 | 2359 | 103.08 | 103.08 | 0.00 | 103.08 | 0.00 | | Pay | Storage Container Site 8 |
| 5823 | 10/29/19 * | 11/28/19 | 7243205 | 2359 | 101.72 | 101.72 | 0.00 | 101.72 | 0.00 | | Pay | Storage Container Site 8 |
| 5827 | 11/19/19 * | 12/19/19 | 7301501 | 2359 | 185.08 | 185.08 | 0.00 | 185.08 | 0.00 | | Pay | Site 8 Storage Container |
| 5828 | 11/28/19 * | 12/28/19 | 7325548 | 2359 | 104.62 | 104.62 | 0.00 | 104.62 | 0.00 | | Pay | Storage Container Site 8 |
| 5829 | 11/29/19 * | 12/29/19 | 7329334 | 2359 | 103.24 | 103.24 | 0.00 | 103.24 | 0.00 | | Pay | Storage Container Site 8 |
| 5833 | 12/19/19 * | 1/18/20 | 7386676 | 2359 | 187.85 | 187.85 | 0.00 | 187.85 | 0.00 | | Pay | Storage Container Site 8 |
| 5836 | 12/29/19 * | 1/28/20 | 7412636 | 2359 | 104.79 | 104.79 | 0.00 | 104.79 | 0.00 | | Pay | Site 8 Storage Container |
| 5837 | 12/28/19 * | 1/27/20 | 7409868 | 2359 | 106.19 | 106.19 | 0.00 | 106.19 | 0.00 | | Pay | Site 8 Storage Container |
| 5838 | 1/19/20 * | 2/18/20 | 7468785 | 2359 | 190.67 | 190.67 | 0.00 | 190.67 | 0.00 | | Pay | Storage Container Site 8 |
| 5846 | 1/28/20 * | 2/27/20 | 7492543 | 2359 | 107.79 | 107.79 | 0.00 | 107.79 | 0.00 | | Pay | Site 8 Storage Container |
| 5847 | 1/29/20 * | 2/28/20 | 7495907 | 2359 | 106.37 | 106.37 | 0.00 | 106.37 | 0.00 | | Pay | Site 8 Storage Container |
| 5869 | 2/28/20 * | 2/28/20 | 7576723 | 2359 | 109.40 | 109.40 | 0.00 | 109.40 | 0.00 | | Pay | Storage Container Site 8 |
| 5870 | 2/29/20 * | 2/29/20 | 7579320 | 2359 | 107.96 | 107.96 | 0.00 | 107.96 | 0.00 | | Pay | Storage Container Site 8 |
| 5871 | 2/19/20 * | 2/19/20 | 7552065 | 2359 | 193.53 | 193.53 | 0.00 | 193.53 | 0.00 | | Pay | Storage Container Site 8 |

A/P Open Invoice Report
Infrastructure Solution Services Inc.
9/17/2020

Vendor: WILLSCOT  Williams Scotsman

| Voucher Number | Invoice Date | Date Due | Invoice Number | P.O. Number | Invoice Amount | Prior Balance | Reten. | Payable | Disc. | Valid Thru | Status | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5892 | 3/19/20 * | 4/18/20 | 7635057 | 2359 | 196.43 | 196.43 | 0.00 | 196.43 | 0.00 | | Pay | Storage Container Site 8 |
| 5895 | 3/28/20 * | 4/27/20 | 7658329 | 2359 | 111.04 | 111.04 | 0.00 | 111.04 | 0.00 | | Pay | Storage Container Site 8 |
| 5896 | 3/28/20 * | 4/27/20 | 7661024 | 2359 | 109.58 | 109.58 | 0.00 | 109.58 | 0.00 | | Pay | Storage Container Site 8 |
| 5905 | 4/19/20 * | 5/19/20 | 7716029 | 2359 | 199.38 | 199.38 | 0.00 | 199.38 | 0.00 | | Pay | Site 8 storage container |
| 5909 | 4/28/20 * | 4/28/20 | 7739806 | 2359 | 112.71 | 112.71 | 0.00 | 112.71 | 0.00 | | Pay | Site 8 Storage Container |
| 5915 | 4/29/20 * | 4/29/20 | 7742920 | 2359 | 111.22 | 111.22 | 0.00 | 111.22 | 0.00 | | Pay | Site 8 Storage Container |
| 5930 | 5/19/20 * | 5/19/20 | 7797209 | 2359 | 202.37 | 202.37 | 0.00 | 202.37 | 0.00 | | Pay | Site 8 Storage Container |
| 5967 | 5/28/20 * | 5/28/20 | 7820286 | 2359 | 114.40 | 114.40 | 0.00 | 114.40 | 0.00 | | Pay | Site 8 Storage Container |
| 5968 | 5/29/20 * | 5/29/20 | 7823482 | 2359 | 112.89 | 112.89 | 0.00 | 112.89 | 0.00 | | Pay | Site 8 Storage Container |
| 5974 | 6/19/20 * | 7/19/20 | 7878658 | 2359 | 205.41 | 205.41 | 0.00 | 205.41 | 0.00 | | Pay | Site 8 Storage Container |
| 5980 | 7/19/20 * | 8/18/20 | 7958832 | 2359 | 208.49 | 208.49 | 0.00 | 208.49 | 0.00 | | Pay | Site 8 Storage Container |
| 5992 | 6/28/20 * | 7/28/20 | 7901193 | 2359 | 116.12 | 116.12 | 0.00 | 116.12 | 0.00 | | Pay | Site 8 Storage Container |
| 5993 | 7/28/20 * | 8/27/20 | 7982647 | 2359 | 117.86 | 117.86 | 0.00 | 117.86 | 0.00 | | Pay | SIte 8 Storage Container |
| 6041 | 8/19/20 * | 8/19/20 | 8041406 | 2359 | 211.61 | 211.61 | 0.00 | 211.61 | 0.00 | | Pay | Site 8 Storage Container |
| 6048 | 7/29/20 * | 7/29/20 | 7985800 | 2359 | 116.30 | 116.30 | 0.00 | 116.30 | 0.00 | | Pay | Site 8 Storage Container |
| 6049 | 6/29/20 * | 6/29/20 | 7904393 | 2359 | 114.59 | 114.59 | 0.00 | 114.59 | 0.00 | | Pay | Site 8 Storage Container |
| 6050 | 8/28/20 * | 8/28/20 | 8064792 | 2359 | 143.17 | 143.17 | 0.00 | 143.17 | 0.00 | | Pay | Site 8 Storage Container |
| 6051 | 8/29/20 * | 8/29/20 | 8067362 | 2359 | 141.27 | 141.27 | 0.00 | 141.27 | 0.00 | | Pay | Site 8 Storage Container |
| | | | | | 4,990.20 | 4,990.20 | 0.00 | 4,990.20 | 0.00 | | | |

| Current | 1 - 30 | 31 - 60 | 61 - 90 | 91 - 120 | Over 120 | |
|---|---|---|---|---|---|---|
| 0.00 | 822.40 | 437.83 | 114.59 | 629.04 | 2,986.34 | |
| | | | | | | 25,788.51 |

| Current | 1 - 30 | 31 - 60 | 61 - 90 | 91 - 120 | Over 120 | |
|---|---|---|---|---|---|---|
| 6,065.21 | 8,185.86 | 813.80 | 490.56 | 629.04 | 9,604.04 | |
| | | | | | | 25,788.51 |

In re Infrastructure Solution Services Inc
Debtor

Case No. 1:19-BK-03915-HWV
Reporting Period: Aug 01 - 31, 2020

## SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID

This schedule is to include all retained professional payments from case inception to current month.

| Payee | Period Covered | Amount Approved | Payor | Check Number | Check Date | Amount Paid Fees | Amount Paid Expenses | Year-to-Date Fees | Year-to-Date Expenses |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |

## Exhibit A

Explanations for "No" answers to Page 1 questions 1 thru 9:

Not applicable

Explanations for "Yes" answers to Page 1 questions 10 thru 18:

Not applicable

## Exhibit B

## Exhibit C - Cash Receipts

| Source | Ref | Purpose | Date | Amount | |
|---|---|---|---|---|---|
| ISS Management LLC (affiliated co) | Transfer | Interco loan | 8/3/2020 | 5,000.00 | S&T 3003731175 |
| ISS Management LLC (affiliated co) | Transfer | Interco loan | 8/10/2020 | 1,000.00 | S&T 3003731175 |
| ISS Management LLC (affiliated co) | Transfer | Interco loan | 8/11/2020 | 5,600.00 | S&T 3003731175 |
| ISS Management LLC (affiliated co) | Transfer | Interco loan | 8/14/2020 | 9,000.00 | S&T 3003731175 |
| ISS Management LLC (affiliated co) | Transfer | Interco loan | 8/18/2020 | 6,500.00 | S&T 3003731175 |
| ISS Management LLC (affiliated co) | Transfer | Interco loan | 8/24/2020 | 6,600.00 | S&T 3003731175 |
| | | | | 33,700.00 | |

## Exhibit D - Cash Disbursements

| Payee | Ref | Purpose | Date paid | Amount | |
|---|---|---|---|---|---|
| | | | | | ISS Bank account |

FORM MOR-1b
(04/07)

In re Infrastructure Solution Services Inc

Debtor

Case No. 1:19-BK-03915-HWV
Reporting Period: Aug 01 - 31, 2020

| Payee | Type | Purpose | Date | Amount | Ref |
|---|---|---|---|---|---|
| S&T Bank | Debit | Bank fees | 8/4/2020 | 15.00 | S&T 3003731175 |
| S&T Bank | Debit | Bank fees | 8/4/2020 | 15.00 | S&T 3003731175 |
| KOTAPAY | Wire | Net paychecks | 8/4/2020 | 3,526.80 | S&T 3003731175 |
| KOTAPAY | Wire | Payroll taxes | 8/4/2020 | 1,720.78 | S&T 3003731175 |
| Laborers District Council | Debit | Accounts Payable pmt | 8/5/2020 | 4,534.38 | S&T 3003731175 |
| Laborers District Council | Debit | Accounts Payable pmt | 8/5/2020 | 3,862.62 | S&T 3003731175 |
| July Fe | Debit | Payroll service fee | 8/10/2020 | 418.00 | S&T 3003731175 |
| S&T Bank | Wire | Bank fees | 8/11/2020 | 15.00 | S&T 3003731175 |
| S&T Bank | Wire | Bank fees | 8/11/2020 | 15.00 | S&T 3003731175 |
| KOTAPAY | Check | Net paychecks | 8/11/2020 | 1,226.23 | S&T 3003731175 |
| KOTAPAY | Check | Payroll taxes | 8/11/2020 | 496.17 | S&T 3003731175 |
| S&T Bank | Debit | Loan payment | 8/11/2020 | 3,592.24 | S&T 3003731175 |
| I.U.O.E. Benefit Funds | Debit | Accounts Payable pmt | 8/12/2020 | 9,738.70 | S&T 3003731175 |
| I.U.O.E. Local 542 | Debit | Accounts Payable pmt | 8/12/2020 | 594.47 | S&T 3003731175 |
| H/H Indus Adv Fund | Debit | Accounts Payable pmt | 8/12/2020 | 46.50 | S&T 3003731175 |
| S&T Bank | Wire | Bank fees | 8/18/2020 | 15.00 | S&T 3003731175 |
| S&T Bank | Debit | Bank fees | 8/18/2020 | 15.00 | S&T 3003731175 |
| KOTAPAY | Debit | Net paychecks | 8/18/2020 | 4,170.77 | S&T 3003731175 |
| KOTAPAY | Debit | Payroll taxes | 8/18/2020 | 2,331.65 | S&T 3003731175 |
| I.U.O.E. Benefit Funds | Debit | Accounts Payable pmt | 8/19/2020 | 9,110.39 | S&T 3003731175 |
| I.U.O.E. Local 542 | Debit | Accounts Payable pmt | 8/19/2020 | 556.12 | S&T 3003731175 |
| S&T Bank | Wire | Bank fees | 8/24/2020 | 15.00 | S&T 3003731175 |
| S&T Bank | Wire | Bank fees | 8/24/2020 | 15.00 | S&T 3003731175 |
| KOTAPAY | Wire | Net paychecks | 8/24/2020 | 4,170.77 | S&T 3003731175 |
| KOTAPAY | Check | Payroll taxes | 8/24/2020 | 2,331.66 | S&T 3003731175 |
| | | | | 52,548.25 | |

## Exhibit E - Accounts Payable

| Creditor | Date Incurred | Purpose | Ref | Due Date | Amount |
|---|---|---|---|---|---|
| Ally Bank | "Open Payables" | Monthly vehicle loan pmt | "Open Payables" | "Open Payables" | 4,511.64 |
| Citizens Bank | | Charged off bank account | | | 1,562.37 |
| Deltek Payroll Service | | Payroll service fee | | | 332.00 |
| H/H Industry Advancement Fund | | Union benefits | | | 48.00 |
| I.U.O.E. Local 542 | | Union dues | | | 613.64 |
| I.U.O.E. Benefit Funds | | Union benefits | | | 10,052.84 |

FORM MOR-1b
(04/07)

In re **Infrastructure Solution Services Inc**
Debtor

Case No. 1:19-BK-03915-HWV
Reporting Period: Aug 01 - 31, 2020

| Creditor | | | Description | | Amount |
|---|---|---|---|---|---|
| Laborers District Council | See attached "C report" | See attached "C report" | Labor union benefits | See attached "C report" | 1,875.33 |
| Pennsylvania Welding Supply | | | Acetylene tank rentals | | 145.99 |
| United States Treasury | | | Interest on HHV Tax return | | 26.25 |
| U.S. Trustee | | | BK Q2 2020 fees | | 1,630.25 |
| Williams Scotsman | | | Storage container rental | | 4,990.20 |
| | | | | | 25,788.51 |

For "Date Incurred", "Ref" (invoice #) and "Due Date" columns, see attached internal accounting report titled "A/P Open Invoice Report"



Direct inquiries to:
PO Box 190
Indiana, PA 15701
800.325.2265
stbank.com

Last statement: July 31, 2020
This statement: August 31, 2020
Total days in statement period: 31

Page 1 of 3
■■■1175
(0)

INFRASTRUCTURE SOLUTION SERVICES INC
DEBTOR-IN POSSESSION
CASE # 1:19-BK-03915-HWV
10011 SANDMEYER LN
PHILADELPHIA PA 19116

## Basic Business Checking

| | |
|---|---|
| Account number | ■■■1175 |
| Low balance | $475.78 |
| Average balance | $7,053.02 |
| Avg collected balance | $7,053 |

### DAILY ACTIVITY

| Date | Description | Additions | Subtractions | Balance |
|---|---|---|---|---|
| 07-31 | Beginning balance | | | $19,391.60 |
| 08-03 | 'Cash Mgmt Trsfr Cr | 5,000.00 | | 24,391.60 |
| | REF 2161328L FUNDS TRANSFER FRM | | | |
| | DEP 3004030387 FROM | | | |
| | INTERCO FUNDS XFER | | | |
| 08-04 | 'Outgoing Wire Fee | | -15.00 | 24,376.60 |
| | 202008040012288 KOTAPAY | | | |
| | NET PAY AUG 07 202 | | | |
| 08-04 | 'Outgoing Wire Fee | | -15.00 | 24,361.60 |
| | 202008040012289 KOTAPAY FBO DELTEK | | | |
| | PAYROLL IMPOUNDS A | | | |
| 08-04 | 'Bus Exp Wire Out Nr | | -3,526.80 | 20,834.80 |
| | 202008040012288 KOTAPAY | | | |
| | NET PAY AUG 07 202 | | | |
| 08-04 | 'Bus Exp Wire Out Nr | | -1,720.78 | 19,114.02 |
| | 202008040012289 KOTAPAY FBO DELTEK | | | |
| | PAYROLL IMPOUNDS A | | | |
| 08-05 | Check 26 | | -4,534.38 | 14,579.64 |
| 08-05 | Check 27 | | -3,862.62 | 10,717.02 |
| 08-10 | 'Cash Mgmt Trsfr Cr | 1,000.00 | | 11,717.02 |
| | REF 2230830L FUNDS TRANSFER FRM | | | |
| | DEP 3004030387 FROM | | | |
| | INTERCO FUNDS XFER | | | |
| 08-10 | 'Preauthorized Debit | | -418.00 | 11,299.02 |
| | Deltek Computer July Fees | | | |
| | Invoice 2020-07-31 | | | |

S&T Bank
Direct inquiries to:
PO Box 190
Indiana, PA 15701
800.325.2265
stbank.com
MEMBER FDIC

INFRASTRUCTURE SOLUTION SERVICES INC  
August 31, 2020

| Date | Description | Additions | Subtractions | Balance |
|---|---|---|---|---|
| 08-11 | 'Cash Mgmt Trsfr Cr<br>REF 2241111L FUNDS TRANSFER FRM<br>DEP 3004030387 FROM<br>INTERCO FUNDS XFER | 1,600.00 | | 16,899.02 |
| 08-11 | 'Outgoing Wire Fee<br>202008110038486 KOTAPAY<br>NET PAY AUG 14 202 | | -15.00 | 16,884.02 |
| 08-11 | 'Outgoing Wire Fee<br>202008110038487 KOTAPAY FBO DELTEK<br>PAYROLL IMPOUNDS A | | -15.00 | 16,869.02 |
| 08-11 | 'Bus Exp Wire Out Nr<br>202008110038486 KOTAPAY<br>NET PAY AUG 14 202 | | -1,226.23 | 15,642.79 |
| 08-11 | 'Bus Exp Wire Out Nr<br>202008110038487 KOTAPAY FBO DELTEK<br>PAYROLL IMPOUNDS A | | -496.17 | 15,146.62 |
| 08-11 | 'Assisted Transfer<br>XXXX5243-200 #3346 | | -3,592.24 | 11,554.38 |
| 08-12 | Check 23 | | -9,738.70 | 1,815.68 |
| 08-12 | Check 24 | | -594.47 | 1,221.21 |
| 08-12 | Check 25 | | -46.50 | 1,174.71 |
| 08-14 | 'Cash Mgmt Trsfr Cr<br>REF 2270737L FUNDS TRANSFER FRM<br>DEP 3004030387 FROM<br>INTERCO FUNDS XFER | 9,000.00 | | 10,174.71 |
| 08-18 | 'Cash Mgmt Trsfr Cr<br>REF 2310851L FUNDS TRANSFER FRM<br>DEP 3004030387 FROM<br>INTERCO FUNDS XFER | 6,500.00 | | 16,674.71 |
| 08-18 | 'Outgoing Wire Fee<br>202008180016667 KOTAPAY FBO DELTEK<br>PAYROLL IMPOUNDS A | | -15.00 | 16,659.71 |
| 08-18 | 'Outgoing Wire Fee<br>202008180016668 KOTAPAY<br>NET PAY AUG 21 202 | | -15.00 | 16,644.71 |
| 08-18 | 'Bus Exp Wire Out Nr<br>202008180016668 KOTAPAY<br>NET PAY AUG 21 202 | | -4,170.77 | 12,473.94 |
| 08-18 | 'Bus Exp Wire Out Nr<br>202008180016667 KOTAPAY FBO DELTEK<br>PAYROLL IMPOUNDS A | | -2,331.65 | 10,142.29 |
| 08-19 | Check 31 | | -9,110.39 | 1,031.90 |
| 08-19 | Check 30 | | -556.12 | 475.78 |
| 08-24 | 'Cash Mgmt Trsfr Cr<br>REF 2371039L FUNDS TRANSFER FRM<br>DEP 3004030387 FROM<br>INTERCO FUNDS XFER | 6,600.00 | | 7,075.78 |

S&T Bank
Direct inquiries to:
PO Box 190
Indiana, PA 15701
800.325.2265
stbank.com

INFRASTRUCTURE SOLUTION SERVICES INC  
August 31, 2020

Page 3 of 3  
1175

| Date | Description | Additions | Subtractions | Balance |
|---|---|---|---|---|
| 08-24 | 'Outgoing Wire Fee<br>202008240042143 KOTAPAY<br>NET PAY AUG 28 202 | | -15.00 | 7,060.78 |
| 08-24 | 'Outgoing Wire Fee<br>202008240042144 KOTAPAY FBO DELTEK<br>PAYROLL IMPOUNDS A | | -15.00 | 7,045.78 |
| 08-24 | 'Bus Exp Wire Out Nr<br>202008240042143 KOTAPAY<br>NET PAY AUG 28 202 | | -4,170.77 | 2,875.01 |
| 08-24 | 'Bus Exp Wire Out Nr<br>202008240042144 KOTAPAY FBO DELTEK<br>PAYROLL IMPOUNDS A | | -2,331.66 | 543.35 |
| 08-31 | **Ending totals** | 33,700.00 | -52,548.25 | **$543.35** |

**CHECKS**

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 23 | 08-12 | 9,738.70 | 27 | 08-05 | 3,862.62 |
| 24 | 08-12 | 594.47 | 30 * | 08-19 | 556.12 |
| 25 | 08-12 | 46.50 | 31 | 08-19 | 9,110.39 |
| 26 | 08-05 | 4,534.38 | | | |

* Skip in check sequence

**OVERDRAFT/RETURN ITEM FEES**

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $144.00 |
| Total Returned Item Fees | $0.00 | $180.00 |