OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor Name: Infrastructure Solution Services  Bank: S+T BANK

Bankruptcy Number: 1:19-BK-03915-HWV  Account Number: X1175

Date of Confirmation: _____  Account Type: Checking

Reporting Period (quarter ended): Dec 2020

Beginning Cash Balance: $2,492.36

All receipts received by the debtor:

Cash Sales: $0

Collection of Accounts Receivable: $0

Proceeds from Litigation (settlement or otherwise): $0

Sale of Debtor's Assets: $0

Capital Infusion pursuant to the Plan: $21,261.00

Total of cash received: $21,261.00

Total of cash available: $23,753.36

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: $1,950.00

Disbursements made pursuant to the administrative claims of bankruptcy professionals: $0

All other disbursements made in the ordinary course: $21,441.60

Total Disbursements $23,391.60

Ending Cash Balance $361.76

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date: 02/12/2021  Signature: Richard Zanol
Name/Title: Richard Zanol
Controller

Case 1:19-bk-03915-HWV   Doc 200   Filed 02/15/21   Entered 02/15/21 08:44:32   Desc
Main Document    Page 1 of 7



Last statement: September 30, 2020          Page 1 of 2
This statement: October 30, 2020                   1175
Total days in statement period: 30           (0)


INFRASTRUCTURE SOLUTION SERVICES INC
DEBTOR-IN POSSESSION
CASE # 1:19-BK-03915-HWV
10011 SANDMEYER LN
PHILADELPHIA PA 19116

**Basic Business Checking**

```
Account number                      1175
Low balance                      $448.48
Average balance                $1,607.39
Avg collected balance             $1,607
```

DAILY ACTIVITY

| Date | Description | Additions | Subtractions | Balance |
|---|---|---|---|---|
| 09-30 | Beginning balance | | | $2,492.36 |
| 10-08 | 'Cash Mgmt Trsfr Cr<br>REF 2821023L FUNDS TRANSFER FRM<br>DEP XXXXXX7765 FROM<br>INTERCO FUNDS XFER | 8,000.00 | | 10,492.36 |
| 10-08 | 'Outgoing Wire Fee<br>202010080028427 KOTAPAY FBO DELTEK<br>PAYROLL IMPOUNDS O | | -15.00 | 10,477.36 |
| 10-08 | 'Outgoing Wire Fee<br>202010080028428 KOTAPAY<br>NET PAY OCT 09 202 | | -15.00 | 10,462.36 |
| 10-08 | 'Bus Exp Wire Out Nr<br>202010080028428 KOTAPAY<br>NET PAY OCT 09 202 | | -4,217.39 | 6,244.97 |
| 10-08 | 'Bus Exp Wire Out Nr<br>202010080028427 KOTAPAY FBO DELTEK<br>PAYROLL IMPOUNDS O | | -2,364.49 | 3,880.48 |
| 10-13 | 'Preauthorized Debit<br>Deltek Computer Sep Fees<br>Invoice 2020-09-30 | | -332.00 | 3,548.48 |
| 10-14 | 'Cash Mgmt Trsfr Dr<br>REF 2880817L FUNDS TRANSFER TO<br>DEP XXXXXX0387 FROM<br>INTERCO FUNDS XFER | | -3,000.00 | 548.48 |



INFRASTRUCTURE SOLUTION SERVICES INC                                      Page 2 of 2
October 30, 2020                                                                   1175

| Date  | Description                   | Additions | Subtractions | Balance  |
|-------|-------------------------------|-----------|--------------|----------|
| 10-16 | 'Cash Mgmt Trsfr Dr           |           | -100.00      | 448.48   |
|       | REF 2900939L FUNDS TRANSFER TO|           |              |          |
|       | DEP XXXXXX7765 FROM           |           |              |          |
|       | INTERCO FUNDS XFER            |           |              |          |
| 10-30 | **Ending totals**             | **8,000.00** | **-10,043.88** | **$448.48** |

**OVERDRAFT/RETURN ITEM FEES**

|                          | Total for this period | Total year-to-date |
|--------------------------|-----------------------|--------------------|
| Total Overdraft Fees     | $0.00                 | $144.00            |
| Total Returned Item Fees | $0.00                 | $180.00            |



Last statement: October 30, 2020            Page 1 of 2
This statement: November 30, 2020                  1175
Total days in statement period: 31                 (0)

INFRASTRUCTURE SOLUTION SERVICES INC
DEBTOR-IN POSSESSION
CASE # 1:19-BK-03915-HWV
10011 SANDMEYER LN
PHILADELPHIA PA 19116

**Basic Business Checking**

Account number                    1175
Low balance                      $1.24
Average balance                $453.07
Avg collected balance             $453

**DAILY ACTIVITY**

| Date | Description | Additions | Subtractions | Balance |
|---|---|---|---|---|
| 10-30 | Beginning balance | | | $448.48 |
| 11-03 | 'Cash Mgmt Trsfr Cr<br>REF 3080041P FUNDS TRANSFER FRM<br>DEP XXXXXX0387 FROM<br>INTERCO FUNDS XFER | 4,000.00 | | 4,448.48 |
| 11-03 | 'Assisted Transfer<br>*5243-200 #3283 | | -3,592.24 | 856.24 |
| 11-10 | 'Cash Mgmt Trsfr Cr<br>REF 3151213L FUNDS TRANSFER FRM<br>DEP XXXXXX7765 FROM<br>INTERCO FUNDS XFER | 1,400.00 | | 2,256.24 |
| 11-10 | 'Preauthorized Debit<br>Deltek Computer Oct Fees<br>Invoice 2020-10-30 | | -166.00 | 2,090.24 |
| 11-12 | 'Preauthorized Debit<br>QUARTERLY FEE PAYMENT<br>201112 0000 | | -1,950.00 | 140.24 |
| 11-30 | 'Cash Mgmt Trsfr Dr<br>REF 3350713L FUNDS TRANSFER TO<br>DEP XXXXXX0387 FROM<br>INTERCO FUNDS XFER | | -139.00 | 1.24 |
| 11-30 | **Ending totals** | 5,400.00 | -5,847.24 | $1.24 |



**OVERDRAFT/RETURN ITEM FEES**

|  | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $144.00 |
| Total Returned Item Fees | $0.00 | $180.00 |



```
Last statement: November 30, 2020                              Page 1 of 2
This statement: December 31, 2020                                    1175
Total days in statement period: 31                             (0)



INFRASTRUCTURE SOLUTION SERVICES INC
DEBTOR-IN POSSESSION
CASE # 1:19-BK-03915-HWV
10011 SANDMEYER LN
PHILADELPHIA PA 19116
```

---

**Basic Business Checking**

```
Account number                                  1175
Low balance                                    $1.24
Average balance                            $2,943.91
Avg collected balance                         $2,943
```

**DAILY ACTIVITY**

| Date | Description | Additions | Subtractions | Balance |
|---|---|---|---|---|
| 11-30 | Beginning balance | | | $1.24 |
| 12-10 | 'Cash Mgmt Trsfr Cr | 100.00 | | 101.24 |
| | REF 3451047L FUNDS TRANSFER FRM | | | |
| | DEP XXXXXX7765 FROM | | | |
| | INTERCO FUNDS XFER | | | |
| 12-10 | 'Preauthorized Debit | | -25.00 | 76.24 |
| | Deltek Computer Nov Fees | | | |
| | Invoice 2020-11-30 | | | |
| 12-11 | 'Cash Mgmt Trsfr Cr | 5,000.00 | | 5,076.24 |
| | REF 3461247L FUNDS TRANSFER FRM | | | |
| | DEP XXXXXX0387 FROM | | | |
| | INTERCO FUNDS XFER | | | |
| 12-15 | 'Cash Mgmt Trsfr Cr | 6,000.00 | | 11,076.24 |
| | REF 3500827L FUNDS TRANSFER FRM | | | |
| | DEP XXXXXX0387 FROM | | | |
| | INTERCO FUNDS XFER | | | |
| 12-21 | Check   35 | | -10,052.84 | 1,023.40 |
| 12-21 | Check   33 | | -613.64 | 409.76 |
| 12-30 | Check   34 | | -48.00 | 361.76 |
| 12-31 | **Ending totals** | 11,100.00 | -10,739.48 | **$361.76** |

**CHECKS**

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 33 | 12-21 | 613.64 | 35 | 12-21 | 10,052.84 |
| 34 | 12-30 | 48.00 | | | |



**OVERDRAFT/RETURN ITEM FEES**

|                          | Total for this period | Total year-to-date |
|--------------------------|----------------------:|-------------------:|
| Total Overdraft Fees     | $0.00                 | $144.00            |
| Total Returned Item Fees | $0.00                 | $180.00            |