S&T Bank
MEMBER FDIC

Direct inquiries to:
PO Box 190
Indiana, PA 15701
800.325.2265
stbank.com

Last statement: December 31, 2020        Page 1 of 2
This statement: January 29, 2021         3003731175
Total days in statement period: 29       (0)

INFRASTRUCTURE SOLUTION SERVICES INC
DEBTOR-IN POSSESSION
CASE # 1:19-BK-03915-HWV
10011 SANDMEYER LN
PHILADELPHIA PA 19116

## Basic Business Checking

Account number            3003731175
Low balance                  $336.76
Average balance            $2,141.93
Avg collected balance         $2,141

### DAILY ACTIVITY

| Date | Description | Additions | Subtractions | Balance |
|---|---|---:|---:|---:|
| 12-31 | Beginning balance | | | $361.76 |
| 01-11 | 'Preauthorized Debit | | -25.00 | 336.76 |
| | Deltek Computer Dec Impd | | | |
| | Invoice 2020-12-31 | | | |
| 01-21 | 'Cash Mgmt Trsfr Cr | 6,900.00 | | 7,236.76 |
| | REF 0210940L FUNDS TRANSFER FRM | | | |
| | DEP XXXXXX1511 FROM | | | |
| | INTERCO FUNDS XFER | | | |
| 01-26 | 'Cash Mgmt Trsfr Dr | | -1,000.00 | 6,236.76 |
| | REF 0260828L FUNDS TRANSFER TO | | | |
| | DEP XXXXXX0387 FROM | | | |
| | INTERCO FUNDS XFER | | | |
| 01-26 | 'Cash Mgmt Trsfr Dr | | -1,500.00 | 4,736.76 |
| | REF 0261257L FUNDS TRANSFER TO | | | |
| | DEP XXXXXX0387 FROM | | | |
| | INTERCO FUNDS XFER | | | |
| 01-29 | **Ending totals** | **6,900.00** | **-2,525.00** | **$4,736.76** |

**OVERDRAFT/RETURN ITEM FEES**

|  | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

S&T Bank
MEMBER FDIC

Direct inquiries to:
PO Box 190
Indiana, PA 15701
800.325.2265
stbank.com

```
Last statement: January 29, 2021                    Page 1 of 2
This statement: February 26, 2021                   3003731175
Total days in statement period: 28                  (0)


INFRASTRUCTURE SOLUTION SERVICES INC
DEBTOR-IN POSSESSION
CASE # 1:19-BK-03915-HWV
10011 SANDMEYER LN
PHILADELPHIA PA 19116
```

## Basic Business Checking

```
Account number                    3003731175
Low balance                            $9.60
Average balance                      $714.45
Avg collected balance                   $714
```

**DAILY ACTIVITY**

| Date | Description | Additions | Subtractions | Balance |
|---|---|---:|---:|---:|
| 01-29 | Beginning balance | | | $4,736.76 |
| 02-02 | 'Cash Mgmt Trsfr Dr<br>REF 0330645L FUNDS TRANSFER TO<br>DEP XXXXXX0387 FROM<br>INTERCO FUNDS XFER | | -3,000.00 | 1,736.76 |
| 02-03 | 'Cash Mgmt Trsfr Dr<br>REF 0340824L FUNDS TRANSFER TO<br>DEP XXXXXX0387 FROM<br>INTERCO FUNDS XFER | | -700.00 | 1,036.76 |
| 02-04 | 'Cash Mgmt Trsfr Dr<br>REF 0350921L FUNDS TRANSFER TO<br>DEP XXXXXX0387 FROM<br>INTERCO FUNDS XFER | | -900.00 | 136.76 |
| 02-04 | 'Preauthorized Debit<br>TRANSAMERICA L&A CONTRIBUTE<br>2021020392284Q473210102920 07500 1CORP | | -127.16 | 9.60 |
| 02-11 | 'Cash Mgmt Trsfr Cr<br>REF 0421039L FUNDS TRANSFER FRM<br>DEP XXXXXX0387 FROM<br>INTERCO FUNDS XFER | 1,500.00 | | 1,509.60 |
| 02-12 | 'Preauthorized Debit<br>QUARTERLY FEE PAYMENT<br>210212 0000 | | -1,300.00 | 209.60 |
| 02-12 | 'Preauthorized Debit<br>Deltek Computer Jan Fees<br>Invoice 2021-02-01 | | -80.00 | 129.60 |



```
INFRASTRUCTURE SOLUTION SERVICES INC                                    Page 2 of 2
February 26, 2021                                                       3003731175
```

| Date | Description | Additions | Subtractions | Balance |
|---|---|---:|---:|---:|
| 02-22 | 'Cash Mgmt Trsfr Dr | | -100.00 | 29.60 |
| | REF 0521318L FUNDS TRANSFER TO | | | |
| | DEP XXXXXX0387 FROM | | | |
| | INTERCO FUNDS XFER | | | |
| 02-26 | **Ending totals** | **1,500.00** | **-6,207.16** | **$29.60** |

**OVERDRAFT/RETURN ITEM FEES**

|  | Total for this period | Total year-to-date |
|---|---:|---:|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

S&T Bank
MEMBER FDIC

Direct inquiries to:
PO Box 190
Indiana, PA 15701
800.325.2265
stbank.com

```
Last statement: February 26, 2021              Page 1 of 1
This statement: March 31, 2021                 3003731175
Total days in statement period: 33             (0)
```

```
INFRASTRUCTURE SOLUTION SERVICES INC
DEBTOR-IN POSSESSION
CASE # 1:19-BK-03915-HWV
10011 SANDMEYER LN
PHILADELPHIA PA 19116
```

**Basic Business Checking**

```
Account number                  3003731175
Low balance                          $4.60
Average balance                    $260.00
Avg collected balance                 $259
```

**DAILY ACTIVITY**

| Date | Description | Additions | Subtractions | Balance |
|---|---|---|---|---|
| 02-26 | Beginning balance | | | $29.60 |
| 03-10 | 'Preauthorized Debit | | -25.00 | 4.60 |
| | Deltek Computer Feb Fees | | | |
| | Invoice 2021-02-26 | | | |
| 03-11 | 'Cash Mgmt Trsfr Cr | 800.00 | | 804.60 |
| | REF 0702108L FUNDS TRANSFER FRM | | | |
| | DEP XXXXXX7765 FROM | | | |
| | INTERCO FUNDS XFER | | | |
| 03-15 | 'Preauthorized Debit | | -508.64 | 295.96 |
| | TRANSAMERICA L&A CONTRIBUTE | | | |
| | 202103129225SG473210102920075001COR | | | |
| | P | | | |
| 03-31 | **Ending totals** | **800.00** | **-533.64** | **$295.96** |

**OVERDRAFT/RETURN ITEM FEES**

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |