S&T Bank
MEMBER FDIC

Direct inquiries to:
PO Box 190
Indiana, PA 15701
800.325.2265
stbank.com

```
Last statement: March 31, 2021                    Page 1 of 1
This statement: April 30, 2021                    3003731175
Total days in statement period: 30                (0)
```

```
INFRASTRUCTURE SOLUTION SERVICES INC
DEBTOR-IN POSSESSION
CASE # 1:19-BK-03915-HWV
10011 SANDMEYER LN
PHILADELPHIA PA 19116
```

**Basic Business Checking**

```
Account number                3003731175
Low balance                      $270.96
Average balance                  $681.38
Avg collected balance               $681
```

**DAILY ACTIVITY**

| Date | Description | Additions | Subtractions | Balance |
|---|---|---:|---:|---:|
| 03-31 | Beginning balance | | | $295.96 |
| 04-12 | 'Preauthorized Debit<br>Deltek Computer March Fees<br>Invoice 2021-03-31 | | -25.00 | 270.96 |
| 04-26 | 'Wire Transfer IN<br>202104260004033 WATER LOGS LLC<br>XFER TO BUILDS S&T | 4,000.00 | | 4,270.96 |
| 04-26 | 'Incoming Wire Fee<br>202104260004033 WATER LOGS LLC<br>XFER TO BUILDS S&T | | -15.00 | 4,255.96 |
| 04-27 | 'Preauthorized Debit<br>TRANSAMERICA L&A CONTRIBUTE<br>202104269222LW473210102920075000 1COR P | | -1,971.84 | 2,284.12 |
| 04-30 | **Ending totals** | **4,000.00** | **-2,011.84** | **$2,284.12** |

**OVERDRAFT/RETURN ITEM FEES**

|  | Total for this period | Total year-to-date |
|---|---:|---:|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

S&T Bank
MEMBER FDIC
Direct inquiries to:
PO Box 190
Indiana, PA 15701
800.325.2265
stbank.com

```
Last statement: April 30, 2021                    Page 1 of 2
This statement: May 28, 2021                      3003731175
Total days in statement period: 28                (0)


INFRASTRUCTURE SOLUTION SERVICES INC
DEBTOR-IN POSSESSION
CASE # 1:19-BK-03915-HWV
10011 SANDMEYER LN
PHILADELPHIA PA 19116
```

**Basic Business Checking**

```
Account number                3003731175
Low balance                       $609.12
Average balance                   $833.23
Avg collected balance                $833
```

**DAILY ACTIVITY**

| Date | Description | Additions | Subtractions | Balance |
|---|---|---|---|---|
| 04-30 | Beginning balance | | | $2,284.12 |
| 05-03 | 'Cash Mgmt Trsfr Dr | | -800.00 | 1,484.12 |
| | REF 1231559L FUNDS TRANSFER TO | | | |
| | DEP XXXXXX7765 FROM | | | |
| | INTERCO FUNDS XFER | | | |
| 05-05 | 'Cash Mgmt Trsfr Dr | | -700.00 | 784.12 |
| | REF 1250753L FUNDS TRANSFER TO | | | |
| | DEP XXXXXX0387 FROM | | | |
| | INTERCO FUNDS XFER | | | |
| 05-10 | 'Preauthorized Debit | | -25.00 | 759.12 |
| | Deltek Computer April Fees | | | |
| | Invoice 2021-05-01 | | | |
| 05-12 | 'Cash Mgmt Trsfr Cr | 500.00 | | 1,259.12 |
| | REF 1321907L FUNDS TRANSFER FRM | | | |
| | DEP XXXXXX0387 FROM | | | |
| | INTERCO FUNDS XFER | | | |
| 05-12 | 'Preauthorized Debit | | -650.00 | 609.12 |
| | QUARTERLY FEE PAYMENT | | | |
| | 210512 0000 | | | |
| 05-28 | **Ending totals** | **500.00** | **-2,175.00** | **$609.12** |

S&T Bank
MEMBER FDIC

Direct inquiries to:
PO Box 190
Indiana, PA 15701
800.325.2265
stbank.com

```
INFRASTRUCTURE SOLUTION SERVICES INC                                  Page 2 of 2
May 28, 2021                                                          3003731175
```

**OVERDRAFT/RETURN ITEM FEES**

|  | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

# S&T Bank

Direct inquiries to:
PO Box 190
Indiana, PA 15701
800.325.2265
stbank.com
MEMBER FDIC

Last statement: May 28, 2021   Page 1 of 2
This statement: June 30, 2021   3003731175
Total days in statement period: 33   (0)

INFRASTRUCTURE SOLUTION SERVICES INC
DEBTOR-IN POSSESSION
CASE # 1:19-BK-03915-HWV
10011 SANDMEYER LN
PHILADELPHIA PA 19116

## Basic Business Checking

| | |
|---|---|
| Account number | 3003731175 |
| Low balance | $134.12 |
| Average balance | $332.74 |
| Avg collected balance | $332 |

**DAILY ACTIVITY**

| Date | Description | Additions | Subtractions | Balance |
|---|---|---|---|---|
| 05-28 | Beginning balance | | | $609.12 |
| 06-04 | 'Cash Mgmt Trsfr Dr<br>REF 1552006L FUNDS TRANSFER TO<br>DEP XXXXXX0387 FROM | | -450.00 | 159.12 |
| 06-10 | 'Preauthorized Debit<br>Deltek Computer May PRFees<br>Invoice 2021-06-01 | | -25.00 | 134.12 |
| 06-15 | 'Cash Mgmt Trsfr Cr<br>REF 1661956L FUNDS TRANSFER FRM<br>DEP XXXXXX0387 FROM<br>INTERCO FUNDS XFER | 450.00 | | 584.12 |
| 06-15 | 'Cash Mgmt Trsfr Cr<br>REF 1661955L FUNDS TRANSFER FRM<br>DEP XXXXXX7765 FROM<br>INTERCO FUNDS XFER | 345.00 | | 929.12 |
| 06-18 | 'Preauthorized Debit<br>TRANSAMERICA L&A CONTRIBUTE<br>20210615922SNN47321010292007500 1CORP | | -635.80 | 293.32 |
| 06-22 | 'Cash Mgmt Trsfr Dr<br>REF 1731837L FUNDS TRANSFER TO<br>DEP XXXXXX0387 FROM<br>INTERCO FUNDS XFER | | -100.00 | 193.32 |
| 06-30 | **Ending totals** | **795.00** | **-1,210.80** | **$193.32** |

**OVERDRAFT/RETURN ITEM FEES**

|                          | Total for this period | Total year-to-date |
|--------------------------|----------------------:|-------------------:|
| Total Overdraft Fees     | $0.00                 | $0.00              |
| Total Returned Item Fees | $0.00                 | $0.00              |